**MALAMUT AND ASSOCIATES, LLC**
Arden K. Walker, Esq. (Attorney ID No. 470892024)
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
P: (856)424-1808
F: (856) 424-2032
*Attorneys for Defendant, Burlington County Prosecutor*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **Heidi Bergmann-Schoch, Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation**, | : : : : : | Hon. Christine P. O'Hearn, U.S.D.J. Hon. Matthew J. Skahill, U.S.M.J. Docket No. 1:25-cv-997 |
| Plaintiffs, | : : | |
| v. | : : | **ENTRY OF APPEARANCE** |
| **Matthew Platkin, in his official capacity as the Attorney General of New Jersey, Colonel Patrick J. Callahan, in his official capacity as Superintendent of the New Jersey State Police, and Scott A. Coffina, in his official capacity has the Burlington County Prosecutor,** | : : : : : : : : | |
| Defendants. | | |

TO THE CLERK:

     Kindly enter my appearance on behalf of Defendant Burlington County Prosecutor in the above-captioned matter.

                                   **MALAMUT AND ASSOCIATES LLC**

Dated: February 24, 2025        By: */s/ Arden K. Walker*
                                                  Arden K. Walker, Esq.

                                                 *Attorneys for Defendant*
                                                 *Burlington County Prosecutor*