MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101
*Attorney for Defendants*

By: Jonathan B. Mangel (281382018)
     *Deputy Attorney General*
     Jonathan.Mangel@law.njoag.gov

## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEIDI BERGMANN-SCHOCH *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN *et al.*, <br><br> *Defendants*. | Hon. Christine P. O'Hearn, U.S.D.J. <br> Hon. Matthew J. Skahill, U.S.M.J. <br><br> Docket No.: 1:25-cv-997-CPO-MJS <br><br> Civil Action <br><br> [~~PROPOSED~~] CONSENT ORDER |

**THIS MATTER** having come before the Court upon joint request of the Parties to amend the deadlines as set forth in this Court's Order entered on September 10, 2025,

**IT IS**, on this 3RD day of November 2025, hereby

**ORDERED** that the deadlines as set forth in the Court's September 10, 2025 Order shall be amended to the following:

- The Parties' expert reports are due by December 22, 2025;

- The deadlines for the depositions of proposed expert witnesses and dispositive motions shall remain in place at this time, as both Parties agree to seek a reasonable extension of future deadlines as needed.

_____
HON. MATTHEW J. SKAHILL, U.S.M.J.