| | |
|---|---|
| Harfenist Kraut & Perlstein, LLP | Stephen D. Stamboulieh* |
| Steven J. Harfenist, Esq. | Stamboulieh Law, PLLC |
| (Atty Id. No. 045671989) | P.O. Box 428 |
| 3000 Marcus Avenue, Suite 2E1 | Olive Branch, MS  38654 |
| Lake Success, New York 11042 | T. (601) 852-3440 |
| T: (516) 355-9600 | stephen@sdslaw.us |
| F: (516) 355-9601 | MS Bar No. 102784 |
| E: sharfenist@hkplaw.com | *Admitted Pro Hac Vice |
| *Attorney for Plaintiffs* | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
HEIDI BERGMANN-SCHOCH, COALITION OF NEW
JERSEY FIREARM OWNERS, GUN OWNERS OF
AMERICA, INC., and GUN OWNERS FOUNDATION,

         Plaintiffs,

 -against-

MATTHEW PLATKIN, in his official capacity as
the Attorney General of New Jersey, COLONEL
PATRICK J. CALLAHAN, in his official
capacity as the Superintendent of the New Jersey
State Police, and LACHIA L. BRADSHAW, in her
Official capacity as the Burlington County Prosecutor,

         Defendants.
-------------------------------------------------------------------X

**Civil Action No.: 25-CV-997(CPO)(MJS)**

**NOTICE OF MOTION**

**Oral Argument Requested**

**PLEASE TAKE NOTICE** that upon the Declaration of Steven J. Harfenist dated March 12, 2026, the Statement of Undisputed Material Facts dated March 12, 2026, the Memorandum of Law dated March 12, 2026, the exhibits annexed thereto, and all the pleading and proceedings herein, plaintiffs, Heidi Bergmann-Schoch,

1

Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation (collectively, "Plaintiffs") shall move this Court before the Honorable Christine P. O'Hearn, on a date and time to be set by the Court, at the United States District Court, District of New Jersey, located at 4th & Cooper Streets, Camden, New Jersey 08101, for an Order, pursuant to FRCP 56, granting Summary Judgment in Plaintiffs' favor, and for such other and further relief as to this Court may deem just and proper.

Dated:   Lake Success, New York
         March 12, 2026

                                          HARFENIST KRAUT & PERLSTEIN, LLP

By:   *Steven J. Harfenist*
      Steven J. Harfenist
      *Attorneys for Plaintiffs*
      3000 Marcus Avenue, Suite 2E1
      Lake Success, New York 11042
      T: (516) 355-9600
      F: (516) 355-9601
      E: SHarfenist@hkplaw.com

      Stephen D. Stamboulieh
      MS Bar No. 102784
      Stamboulieh Law, PLLC
      P.O. Box 428
      Olive Branch, MS  38654
      T: (601) 852-3440
      E: stephen@sdslaw.us
      *Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I, Steven J. Harfenist, hereby certify that I have filed a true and correct copy of the foregoing document or pleading with this Court's CM/ECF system, which generated a Notice of Electronic Filing, and provided a copy of the above to all counsel of record.

Dated: March 12, 2026

*Steven J. Harfenist*
STEVEN J. HARFENIST
