| | |
|---|---|
| Harfenist Kraut & Perlstein, LLP | Stephen D. Stamboulieh* |
| Steven J. Harfenist, Esq. | Stamboulieh Law, PLLC |
| (Atty Id. No. 045671989) | P.O. Box 428 |
| 3000 Marcus Avenue, Suite 2E1 | Olive Branch, MS  38654 |
| Lake Success, New York 11042 | T. (601) 852-3440 |
| T: (516) 355-9600 | stephen@sdslaw.us |
| F: (516) 355-9601 | MS Bar No. 102784 |
| E: sharfenist@hkplaw.com | *Admitted Pro Hac Vice |

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
HEIDI BERGMANN-SCHOCH, COALITION OF NEW
JERSEY FIREARM OWNERS, GUN OWNERS OF
AMERICA, INC., and GUN OWNERS FOUNDATION,

                                                 Plaintiffs,

   -against-

MATTHEW PLATKIN, in his official capacity as
the Attorney General of New Jersey, COLONEL
PATRICK J. CALLAHAN, in his official
capacity as the Superintendent of the New Jersey
State Police, and LACHIA L. BRADSHAW, in her
Official capacity as the Burlington County Prosecutor,

                                                 Defendants.
-------------------------------------------------------------------X

**Civil Action No.:
25-CV-997(CPO)(MJS)**

**DECLARATION**

**STEVEN J. HARFENIST**, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am a member of the firm of Harfenist Kraut & Perlstein LLP, attorneys for plaintiffs, Heidi Bergmann-Schoch ("Schoch"), Coalition of New Jersey Firearm Owners ("CNJFO"), Gun Owners of America, Inc. ("GOA"), and

1

Gun Owners Foundation ("GOF") (collectively, "Plaintiffs") and as such, I am fully familiar with the facts and circumstances of this case.

2. I submit this declaration in support of Plaintiffs' motion for summary judgment pursuant to FRCP 56.

3. The Plaintiffs shall rely on the following documents referenced in the Memorandum of Law and Statement of Undisputed Material Facts:

    a. A copy of the Complaint, together with exhibits A-C, is attached hereto as **Exhibit 1**.

    b. A copy of defendant Matthew Platkin's Answers to Plaintiffs' Request for Admissions is attached hereto as **Exhibit 2**.

    c. A copy of the deposition transcript of Col. Patrick J. Callahan is attached hereto as **Exhibit 3**.

    d. A copy of Schoch's Responses to Interrogatories is attached hereto as **Exhibit 4**.

    e. A copy of GOA and GOF's Responses to Interrogatories attached hereto as **Exhibit 5**.

    f. A copy of CNJFO's Responses to Interrogatories attached hereto as **Exhibit 6**.

    g. A copy of Lachia L. Bradshaw's Response to Production of Documents attached hereto as **Exhibit 7**.

      h.     A copy of Col. Patrick J. Callahan's Responses to Request for Admissions attached hereto as **Exhibit 8**.

**WHEREFORE**, it is respectfully requested that the Court should grant Plaintiffs' motion in its entirety.

Dated: March 12, 2026

                                    *Steven J. Harfenist*
                                    STEVEN J. HARFENIST

## **CERTIFICATE OF SERVICE**

I, Steven J. Harfenist, hereby certify that I have filed a true and correct copy of the foregoing document or pleading with this Court's CM/ECF system, which generated a Notice of Electronic Filing, and provided a copy of the above to all counsel of record.

Dated: March 12, 2026

*Steven J. Harfenist*
STEVEN J. HARFENIST
