# Exhibit 7

```
COUNTY      :       BUR                        NEW JERSEY PROMIS/GAVEL                            PAGE :         1
PROGRAM     : CCFGEN06                         CASES WITH GIVEN STATUTE
RUN DATE    : 06/03/2025 21.28.21              FROM 01/01/2020 TO 06/01/2025
```

| CASE NO | DEF NO | NAME | CHG STATUS | DOC | CDR OR IND/ACC NO | CHG COUNT | STATUTE | DISPOSITION | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 19001165 | 001 | HULL, ERIC D | AA | IN | 20-01-00014-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 19002681 | 001 | KOHNOW, DANIEL J | AA | IN | 20-03-00285-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 19002911 | 001 | DAVIS, JUSTIN J | AA | IN | 21-08-00893-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 19003194 | 001 | DEAN, DARRYL D | AA | SI | 19-11-01455-I | 002 | 2C:39-3F(1) | 000 | CLOSED SUPERSEDED |
| 19003194 | 001 | DEAN, DARRYL D | AA | SI | 20-01-00089-I | 001 | 2C:39-3F(1) | 303 | GUILTY PLEA AS CHARG |
| 19003665 | 001 | DREW, JUWAN L | AA | IN | 21-09-01037-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 19003665 | 002 | DEMARCO, TERESA A | AA | IN | 21-09-01037-I | 001 | 2C:39-3F(1) | 316 | DEFN PLEAD DP/LESSER |
| 19003961 | 001 | GRESHAN, EUGENE | AA | IN | 20-01-00066-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 19004346 | 001 | FANTAZZIA, VINCENT E | PT | IN | 21-09-01089-I | 002 | 2C:39-3F(1) | 318 | PTI COMPLETION |
| 19004560 | 001 | GRANT, LAWRENCE E | AA | IN | 21-12-01351-I | 004 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 19004593 | 001 | CRAWLEY, PAUL O | AA | IN | 20-02-00245-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 20000181 | 001 | RIXMAN, ALEXANDER B | PT | IN | 22-01-00083-I | 001 | 2C:39-3F(1) | 318 | PTI COMPLETION |
| 20000501 | 001 | MUNIZ JR, JUAN | AA | CO | S 20200000670308 | 003 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 20000513 | 001 | MOBLEY, JAMES | AA | CO | W 20200000630305 | 004 | 2C:39-3F(1) | 100 | ADMIN DISMISS/DISP |
| 20000524 | 001 | FORD, BRANDON M | PT | IN | 21-08-00851-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 20000786 | 001 | GRAY, KEVIN S | AA | IN | 21-06-00530-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 20000786 | 002 | HAYGOOD, JAMES C | AA | IN | 21-06-00530-I | 002 | 2C:39-3F(1) | 315 | DEFENDANT DECEASED |
| 20001150 | 001 | WILLIAMS, KOBE | AA | AC | 21-07-00786-A | 002 | 2C:39-3F(1) | 113 | PLEA TO ACCUS |
| 20001432 | 001 | REID, CHRISTOPH D | AA | IN | 21-08-00848-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 20001528 | 001 | ESPENSCHIED, DANIEL R | AA | IN | 22-03-00337-I | 004 | 2C:39-3F(1) | 303 | GUILTY PLEA AS CHARG |
| 20002013 | 001 | THURSTON, BRANDON M | AA | IN | 22-04-00728-I | 010 | 2C:39-3F(1) | 314 | DISMISSED MOT PROS |
| 20002351 | 001 | DOVER, KIMBERLY R | AA | IN | 21-07-00712-I | 001 | 2C:39-3F(1) | 121 | COUNT DM ON PROS MOT |
| 20002351 | 002 | MASS, JOSHUA E | AA | IN | 21-07-00712-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |

```
COUNTY    :      BUR                              NEW JERSEY PROMIS/GAVEL                                   PAGE :        2
PROGRAM   : CCFGEN06                              CASES WITH GIVEN STATUTE
RUN DATE  : 06/03/2025 21.28.21                 FROM 01/01/2020 TO 06/01/2025

           DEF                                  CHG    CDR OR            CHG
CASE NO    NO     NAME                   STATUS DOC    IND/ACC NO        COUNT    STATUTE         DISPOSITION  REASON
-----------------------------------------------------------------------------------------------------------------------

20002369   001    HOWARD, JALEN V          AA   IN    22-04-00634-I      002     2C:39-3F(1)     312   DISMISS PLEA BARG
20002369   002    WISE, NASCIA Q           AA   IN    22-04-00634-I      002     2C:39-3F(1)     312   DISMISS PLEA BARG
20002397   001    CLARK, BRANDON A         AA   SI    21-06-00539-I      003     2C:39-3F(1)     000   CLOSED SUPERSEDED
20002397   001    CLARK, BRANDON A         AA   SI    22-08-01470-I      002     2C:39-3F(1)     312   DISMISS PLEA BARG
20002397   002    KERKULA, JOHN S          AA   SI    21-06-00539-I      003     2C:39-3F(1)     000   CLOSED SUPERSEDED
20002397   002    KERKULA, JOHN S          AA   SI    22-08-01470-I      002     2C:39-3F(1)     312   DISMISS PLEA BARG
20002442   001    COBB JR, ROLAND A        AA   IN    21-09-01040-I      001     2C:39-3F(1)     312   DISMISS PLEA BARG
20002455   001    JESTER, AUSTIN E         AA   AC    21-09-01022-A      001     2C:39-3F(1)     113   PLEA TO ACCUS
20002642   001    ANDRECOLA, PAUL N        AA   IN    22-02-00255-I      001     2C:39-3F(1)     312   DISMISS PLEA BARG
20002804   003    FORD, QUAMEAR T          AA   IN    22-04-00631-I      006     2C:39-3F(1)     312   DISMISS PLEA BARG
20002890   002    WYNN, JASIRI H           AA   IN    22-02-00291-I      007     2C:39-3F(1)     312   DISMISS PLEA BARG
20002890   003    MARTIN, DANTE J          AA   IN    22-02-00291-I      007     2C:39-3F(1)     314   DISMISSED MOT PROS
20002890   005    VADELL, LUIS E           AA   IN    22-02-00291-I      007     2C:39-3F(1)     314   DISMISSED MOT PROS
20002901   002    LEE, JARRON J            AA   IN    21-07-00650-I      012     2C:39-3F(1)     312   DISMISS PLEA BARG
20003043   001    MANTEZ, TYEISHA          AA   IN    22-03-00446-I      003     2C:39-3F(1)     312   DISMISS PLEA BARG
20003160   001    VADELL, LUIS E           AA   CO  S 20200003770324     004     2C:39-3F(1)     114   MERG W OTHR CHARGE
20003196   001    ENNIS, FRED L            AA   IN    22-04-00647-I      001     2C:39-3F(1)     315   DEFENDANT DECEASED
20003244   001    MARTIN, DANTE J          AA   CO  S 20200003780324     004     2C:39-3F(1)     114   MERG W OTHR CHARGE
20003244   002    WYNN, JASIRI H           AA   CO  S 20200003760324     004     2C:39-3F(1)     114   MERG W OTHR CHARGE
20003282   001    CERUTI, ANTHONY T        AA   IN    22-01-00023-I      002     2C:39-3F(1)     312   DISMISS PLEA BARG
20003282   002    GLASCOE, ALICIA L        AA   IN    22-01-00023-I      002     2C:39-3F(1)     312   DISMISS PLEA BARG
20003295   001    MURRAY, GERALD G         AA   IN    22-05-00929-I      002     2C:39-3F(1)     312   DISMISS PLEA BARG
20003406   001    SOTO-SANABRIA, TEODORO   AA   IN    22-05-00884-I      001     2C:39-3F(1)     000   DISPOS OF CT AT SENT
```

```
COUNTY    :      BUR                        NEW JERSEY PROMIS/GAVEL                                    PAGE :      3
PROGRAM   : CCFGEN06                        CASES WITH GIVEN STATUTE
RUN DATE  : 06/03/2025 21.28.21             FROM 01/01/2020  TO  06/01/2025

            DEF                                    CHG   CDR OR          CHG
CASE NO     NO     NAME                    STATUS  DOC   IND/ACC NO      COUNT    STATUTE         DISPOSITION REASON
-----------------------------------------------------------------------------------------------------------------------

20003605    001    GARRISON, MAURICE T      AA     IN    22-03-00537-I    001    2C:39-3F(1)    306   NOT GUILTY JURY
20003611    001    SMITH, ANTHONY D         AA     IN    21-07-00767-I    004    2C:39-3F(1)    312   DISMISS PLEA BARG
20003766    001    HODGE, JADAE X           AA     IN    22-04-00710-I    001    2C:39-3F(1)    121   COUNT DM ON PROS MOT
20003766    002    WEATHERS, KYREE Z        AA     IN    22-04-00710-I    001    2C:39-3F(1)    312   DISMISS PLEA BARG
21000207    001    PAYNE, MARK C            AA     IN    22-02-00213-I    004    2C:39-3F(1)    312   DISMISS PLEA BARG
21000310    001    FOSTER, PHILIP           AA     IN    21-05-00070-S    014    2C:39-3F(1)    312   DISMISS PLEA BARG
21000310    004    BAILEY, AAREN C          AA     IN    21-05-00070-S    014    2C:39-3F(1)    312   DISMISS PLEA BARG
21000384    001    FORMAN, JAVON A          AA     IN    21-07-00706-I    002    2C:39-3F(2)    312   DISMISS PLEA BARG
21000384    002    RIVERA, VICTOR           AA     IN    21-07-00706-I    002    2C:39-3F(2)    000   DISPOS OF CT AT SENT
21000677    001    MCEACHERN, MALQUAN L     PT     IN    22-07-01218-I    001    2C:39-3F(1)    318   PTI COMPLETION
21000977    001    MORALES, LUIS M          AA     IN    22-07-01161-I    001    2C:39-3F(1)    312   DISMISS PLEA BARG
21001257    001    SPORN, PETER N           AA     IN    22-08-01350-I    003    2C:39-3F(1)    312   DISMISS PLEA BARG
21001301    001    YOUNG, SYLAS K           AA     IN    21-07-00772-I    005    2C:39-3F(1)    303   GUILTY PLEA AS CHARG
21001419    002    MICK, ALLEN E            AA     AC    22-03-00425-A    001    2C:39-3F(1)    113   PLEA TO ACCUS
21001511    001    BELL, WILLIAM J          PT     IN    22-04-00716-I    001    2C:39-3F(1)    318   PTI COMPLETION
21001566    001    FULTON, SUSAN C          PT     IN    22-09-01517-I    001    2C:39-3F(1)    318   PTI COMPLETION
21001608    001    CASSIDY, RANDY A         AA     IN    22-08-01319-I    004    2C:39-3F(1)    312   DISMISS PLEA BARG
21001836    001    HESTER, EBONI T          AA     IN    22-08-01347-I    001    2C:39-3F(1)    312   DISMISS PLEA BARG
21001870    001    PICOTT, JAQUAN C         AA     IN    21-09-00939-I    002    2C:39-3F(1)    121   COUNT DM ON PROS MOT
21001889    001    HARRIS, ANTHONY L        AA     IN    22-08-01402-I    001    2C:39-3F(1)    312   DISMISS PLEA BARG
21002074    001    BROWN, ZAHNEER K         AA     IN    22-09-01565-I    003    2C:39-3F(1)    312   DISMISS PLEA BARG
21002180    001    BARZE, STEPHEN M         AA     IN    22-07-01162-I    001    2C:39-3F(1)    312   DISMISS PLEA BARG
21002343    001    DAVIS, JUSTIN            AA     IN    21-10-01191-I    002    2C:39-3F(1)    312   DISMISS PLEA BARG
```

```
COUNTY   :       BUR                    NEW JERSEY PROMIS/GAVEL                              PAGE :      4
PROGRAM  : CCFGEN06                     CASES WITH GIVEN STATUTE
RUN DATE : 06/03/2025 21.28.21          FROM 01/01/2020  TO  06/01/2025
```

| CASE NO | DEF NO | NAME | STATUS | CHG DOC | CDR OR IND/ACC NO | CHG COUNT | STATUTE | DISPOSITION | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 21002343 | 002 | ROSS, CHRISTOPH J | AA | CO | W 20210005710317 | 004 | 2C:39-3F(1) | 104 | TRUE BILL COMPLT |
| 21002624 | 001 | ROGERS, JUSTIN | AA | IN | 22-12-01958-I | 003 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 21002979 | 001 | NIEMIEC, JON M | AA | IN | 22-08-01345-I | 005 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 21002990 | 001 | WILLIAMS, WALTER L | AA | IN | 21-12-01359-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 21003145 | 001 | LICKFIELD, KERRY M | AA | CO | S 20210003250308 | 001 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 21003215 | 001 | BROWN, LESTER | AA | IN | 21-12-01425-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 21003454 | 001 | GOLDSBERRY, DEMETRIS D | AA | IN | 22-10-01674-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 21003461 | 001 | REAVES, TERRELL J | AA | IN | 22-01-00045-I | 008 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 21003706 | 001 | GLADNEY, JASIA C | PT | IN | 22-07-01221-I | 002 | 2C:39-3F(1) | 318 | PTI COMPLETION |
| 21003864 | 001 | PAYNE, MARK C | AA | IN | 22-02-00199-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000034 | 001 | GARCIA, CALVIN S | AA | IN | 22-11-01874-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000034 | 002 | FIGUEROA-INGE, DESMIN A | AA | IN | 22-11-01874-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000329 | 001 | HAWES, KENNETH L | AA | IN | 22-04-00590-I | 005 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000378 | 001 | WHETSTONE, CAMERON L | AA | IN | 22-11-01903-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000413 | 001 | WOODARDMOBLEY, DASHAWN D | AA | IN | 22-09-01543-I | 003 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000551 | 001 | GRAY, SWA D | AA | IN | 22-10-01688-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000788 | 001 | TEELE, TYLER M | AA | IN | 22-12-02000-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000788 | 002 | PERALTA VIZCAINO, FRANK F | AA | IN | 22-12-02000-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22000981 | 001 | HALL, KELVIN R | PT | IN | 23-02-00225-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 22001084 | 001 | TAYLOR, CHARLES O | AA | IN | 22-06-01051-I | 006 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22001115 | 001 | TAYLOR, CHARLES O | AA | CO | W 20220001470317 | 001 | 2C:39-3F(1) | 114 | MERG W OTHR CHARGE |
| 22001337 | 001 | LYLES, DAMIEN B | AA | CO | S 20220000060326 | 001 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 22001431 | 001 | RETTBERG, CHARLES J | AA | IN | 23-02-00212-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |

```
COUNTY   :       BUR                        NEW JERSEY PROMIS/GAVEL                         PAGE :        5
PROGRAM  : CCFGEN06                         CASES WITH GIVEN STATUTE
RUN DATE : 06/03/2025 21.28.21              FROM 01/01/2020 TO 06/01/2025
```

| CASE NO | DEF NO | NAME | STATUS | CHG DOC | CDR OR IND/ACC NO | CHG COUNT | STATUTE | DISPOSITION REASON |
|---------|--------|------|--------|---------|-------------------|-----------|---------|--------------------|
| 22001490 | 001 | BROWN, TAYRON | AA | CO | S 20220003820330 | 001 | 2C:39-3F(1) | 101 MUNIC REMAND/DOWNGR |
| 22001490 | 002 | BARNES, JIHAD A | AA | CO | S 20220003830330 | 001 | 2C:39-3F(1) | 316 DEFN PLEAD DP/LESSER |
| 22001492 | 002 | PITTMAN, NATHANIEL J | AA | CO | S 20220001090308 | 002 | 2C:39-3F(1) | 100 ADMIN DISMISS/DISP |
| 22001523 | 001 | SMITH, TERRANCE A | AA | IN | 22-08-01428-I | 005 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22001525 | 001 | GREEN, TERRELLE R | AA | IN | 23-01-00176-I | 002 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002000 | 001 | RULEY, PAUL M | AA | IN | 23-02-00289-I | 001 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002065 | 001 | DORMEVIL, NAJEE A | AA | IN | 23-05-00579-I | 001 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002065 | 002 | NELSON, AMANI M | PT | IN | 23-05-00579-I | 001 | 2C:39-3F(1) | 000 DISPOS OF CT AT SENT |
| 22002120 | 001 | MARTELLI, ANTHONY P | AA | IN | 23-04-00485-I | 001 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002140 | 001 | GOODISON, OFWONO I | PT | IN | 23-02-00304-I | 002 | 2C:39-3F(1) | 318 PTI COMPLETION |
| 22002207 | 001 | MUHAMMAD, SALAAM I | AA | IN | 24-02-00226-I | 002 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002261 | 001 | DAVIS, TARIQ A | AA | IN | 23-07-00955-I | 002 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002337 | 001 | BOZARTH, ROBERT L | AA | IN | 22-10-01667-I | 004 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002338 | 001 | ROSS, DAVID C | AA | IN | 23-04-00564-I | 003 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002532 | 001 | ELLEFSON, MAXWELL R | PT | IN | 23-04-00483-I | 001 | 2C:39-3F(1) | 303 GUILTY PLEA AS CHARG |
| 22002557 | 001 | ROBERTS, SHEMAR D | AA | CO | S 20220000720332 | 001 | 2C:39-3F(1) | 316 DEFN PLEAD DP/LESSER |
| 22002620 | 002 | HAMILTON, DIMITRIUS | AA | IN | 22-10-01763-I | 007 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002637 | 001 | HERON, RASHIDI D | PT | IN | 23-05-00704-I | 001 | 2C:39-3F(1) | 000 DISPOS OF CT AT SENT |
| 22002847 | 001 | BUNDY, TALIESHA N | AA | CO | S 20220004130313 | 001 | 2C:39-3F(1) | 316 DEFN PLEAD DP/LESSER |
| 22002858 | 001 | VANN, DAVID C | AA | IN | 24-06-00936-I | 006 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22002927 | 001 | ALVAREZ, BRAIDEN A | PT | IN | 23-05-00649-I | 001 | 2C:39-3F(1) | 121 COUNT DM ON PROS MOT |
| 22003172 | 001 | REID, CHRISTOPH D | AA | IN | 22-12-01973-I | 003 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |
| 22003270 | 001 | GASS, RONALD A | AA | IN | 22-12-02015-I | 002 | 2C:39-3F(1) | 312 DISMISS PLEA BARG |

```
COUNTY   :      BUR                        NEW JERSEY PROMIS/GAVEL                              PAGE :        6
PROGRAM  : CCFGEN06                         CASES WITH GIVEN STATUTE
RUN DATE : 06/03/2025 21.28.21             FROM 01/01/2020  TO  06/01/2025
```

| CASE NO | DEF NO | NAME | CHG STATUS | DOC | CDR OR IND/ACC NO | CHG COUNT | STATUTE | DISPOSITION | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 22003695 | 001 | GANTT, MARC L | AA | IN | 24-03-00213-I | 002 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 22003758 | 001 | VALENTINO, ED | AA | IN | 23-01-00192-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 22003878 | 001 | RIVERA-SUAREZ, ANTONIO | PT | IN | 23-06-00782-I | 001 | 2C:39-3F(1) | 303 | GUILTY PLEA AS CHARG |
| 22003986 | 001 | JAMES-DALES, LUCAS C | AA | IN | 23-02-00251-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23000006 | 002 | VASQUEZ, JOSEPH R | AA | IN | 23-06-00827-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23000034 | 001 | ROGERS JR, PAUL J | AA | IN | 23-04-00481-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23000369 | 001 | DAVIS, KHALIL B | AA | IN | 23-03-00409-I | 003 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23000619 | 001 | ROBINSON, TYRICKE | AA | IN | 23-10-01317-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23000626 | 001 | RAHMING, MICHAEL J | PT | IN | 23-09-01151-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23000886 | 001 | WILLIAMS, MIKIAL A | PT | IN | 23-07-00977-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23000932 | 001 | SPAULDING, YESHUAH E | AA | IN | 23-07-00934-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23000956 | 001 | WELLS, LAMAR S | AA | IN | 23-01-00006-S | 011 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23001094 | 001 | VAZQUEZ, IMANI C | PT | IN | 23-07-00935-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23001206 | 001 | SPENCE, LAQUAN J | PT | IN | 23-09-01129-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23001206 | 002 | MATTHIAS, KEVON C | AA | CO | S 20230002710330 | 004 | 2C:39-3F(1) | 120 | NO BILL COMPL |
| 23001226 | 001 | WATTS, ELIJAHWON R | AA | CO | S 20230000300319 | 001 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 23001226 | 002 | JACKSON, MARQUISE | AA | CO | S 20230000310319 | 002 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 23001462 | 001 | NOEL, EDWIDGE | PT | IN | 23-08-01042-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23001624 | 001 | DAVIS, RAEKWON | AA | IN | 23-08-01003-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23001746 | 001 | MCCULLOUGH, SHANE R | AA | IN | 24-01-00114-I | 001 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23001801 | 001 | DISANTIS, MICHAEL A | AA | CO | W 20230001650320 | 004 | 2C:39-3F(1) | 114 | MERG W OTHR CHARGE |
| 23001837 | 001 | MCELVEEN, DARYL A | AA | IN | 23-08-01054-I | 008 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23001898 | 001 | HOGAN, JOHN I | AA | IN | 23-08-01110-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |

BCPO_BERGMANN000006

```
COUNTY    :      BUR                        NEW JERSEY PROMIS/GAVEL                        PAGE :      7
PROGRAM   : CCFGEN06                        CASES WITH GIVEN STATUTE
RUN DATE  : 06/03/2025 21.28.21            FROM 01/01/2020  TO  06/01/2025
```

| CASE NO | DEF NO | NAME | STATUS | CHG DOC | CDR OR IND/ACC NO | CHG COUNT | STATUTE | DISPOSITION | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 23002357 | 001 | YOUNG, VINCENT A | AA | IN | 23-09-01158-I | 007 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23002389 | 001 | GILBERT JR, CHARLES G | AA | IN | 24-03-00384-I | 005 | 2C:39-3F(1) | 315 | DEFENDANT DECEASED |
| 23002561 | 001 | VANGAS, WILLIAM A | PT | IN | 24-10-01478-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23002751 | 001 | SALAMONE, JESSE P | AA | IN | 23-10-01326-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23002881 | 001 | REEVES, TROY T | AA | IN | 24-05-00769-I | 003 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23002942 | 001 | ABDUL, SHAWN | PT | IN | 23-12-01515-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23003053 | 001 | SORRELL, DAVID S | PT | IN | 24-05-00680-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23003455 | 001 | QUINONES, ALICIA M | PT | IN | 24-02-00220-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23003479 | 001 | FORMAN, LAMIER A | AA | IN | 24-01-00016-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23003782 | 001 | CHOWDHURY, ISHAT A | AA | IN | 24-01-00019-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23003784 | 001 | PARSON, MARK A | AA | IN | 24-05-00787-I | 003 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23004046 | 001 | JARMAN, KEVIN A | AA | IN | 24-06-00893-I | 002 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23004227 | 001 | YANCEY, CLIFFORD D | AA | IN | 24-06-00904-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 23004261 | 001 | STEEN, MUSA A | AA | IN | 24-07-01034-I | 003 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 23004261 | 002 | WILLIAMS, SAMIR H | AA | IN | 24-07-01034-I | 003 | 2C:39-3F(1) | 314 | DISMISSED MOT PROS |
| 23004328 | 001 | BRENNER, JEFFREY S | AA | SI | 24-06-00885-I | 004 | 2C:39-3F(1) | 000 | CLOSED SUPERSEDED |
| 23004328 | 001 | BRENNER, JEFFREY S | AA | SI | 24-10-01562-I | 005 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 24000002 | 001 | MCCULLOUGH, SHANE R | AA | IN | 24-03-00351-I | 004 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 24000041 | 001 | SAUNDERS, NAJERE K | AA | CO | W 20220042281111 | 002 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 24000246 | 001 | RICHARDSON, DARRYL A | AA | CO | W 20240000460320 | 001 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 24000349 | 002 | MOORE, WILLIAM T | AA | IN | 24-03-00383-I | 010 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 24000477 | 001 | CROCKETT, JEREMIAH R | AA | IN | 23-08-02304-Z | 001 | 2C:39-3F(1) | 303 | GUILTY PLEA AS CHARG |
| 24000815 | 001 | TOBIN, BRIANNA N | PT | IN | 24-08-01198-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |

```
COUNTY    :    BUR                        NEW JERSEY PROMIS/GAVEL                              PAGE :      8
PROGRAM   : CCFGEN06                       CASES WITH GIVEN STATUTE
RUN DATE  : 06/03/2025 21.28.21         FROM 01/01/2020  TO  06/01/2025
```

| CASE NO | DEF NO | NAME | STATUS | CHG DOC | CDR OR IND/ACC NO | CHG COUNT | STATUTE | DISPOSITION | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 24001445 | 001 | SIMS, BRANDON A | AA | IN | 24-09-01364-I | 002 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 24001471 | 001 | SCARLETT, ANTHONY J | AA | IN | 24-06-00900-I | 003 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 24001565 | 001 | HAGGANS, STEPHEN R | AA | IN | 24-09-01428-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 24001759 | 001 | TRUITT, CHELSIA L | PT | IN | 24-06-00873-I | 001 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 24001812 | 001 | PALACIOS, JAMIYAH R | AA | CO | W 20220000450410 | 005 | 2C:39-3F(1) | 104 | TRUE BILL COMPLT |
| 24002184 | 001 | MARIANI, EMIDIO A | AA | CO | S 20240002550415 | 002 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 24002184 | 002 | MOLINO, GAVIN J | AA | CO | S 20240002540415 | 003 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 24002875 | 001 | HOOD, TAHLIER R | AA | IN | 24-09-01381-I | 006 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 24003251 | 001 | GUTIERREZ-AREVALO, MELVIN A | AA | CO | S 20240002330304 | 001 | 2C:39-3F(1) | 101 | MUNIC REMAND/DOWNGR |
| 24003328 | 001 | MEANS, JARON B | AA | IN | 24-10-01551-I | 004 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 24003930 | 001 | HARRINGTON, MARKEAS | AA | IN | 24-12-01788-I | 002 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 24003932 | 001 | HARRINGTON, MARKEAS | AA | CO | W 20240000490309 | 004 | 2C:39-3F(1) | 114 | MERG W OTHR CHARGE |
| 24003958 | 001 | YOUNG, MICHAEL J | AA | IN | 25-01-00082-I | 002 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 24003963 | 001 | BARNES, LAMAR | AA | IN | 24-12-01809-I | 004 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |
| 24004248 | 001 | SINGH, AMANDEEP | AA | IN | 24-12-01818-I | 003 | 2C:39-3F(1) | 312 | DISMISS PLEA BARG |
| 24004272 | 001 | FITZPATRICK, TYSEAN L | AA | IN | 24-12-01770-I | 005 | 2C:39-3F(1) | 000 | DISPOS OF CT AT SENT |

```
COUNTY     :    BUR                              NEW JERSEY PROMIS/GAVEL                                    PAGE :      9
PROGRAM    : CCFGEN06                            CASES WITH GIVEN STATUTE
RUN DATE : 06/03/2025  21.28.21                FROM 01/01/2020  TO  06/01/2025

          DEF                                     CHG   CDR OR            CHG
CASE NO   NO    NAME                       STATUS DOC   IND/ACC NO        COUNT  STATUTE       DISPOSITION  REASON
-----------------------------------------------------------------------------------------------------------------------

20002775  001   WYNN, NASIR S                AA   IN    22-04-00655-I     008    2C:39-3F(1)
20002806  001   MOORE, JAHME M               IF   IN    22-04-00646-I     001    2C:39-3F(1)
20002985  001   CRUZ, JARED J                PT   IN    21-10-01148-I     001    2C:39-3F(1)     000   DISPOS OF CT AT SENT
21000223  001   SANICHAR, ANTHONY A          AA   IN    22-04-00556-I     009    2C:39-3F(1)
21000223  002   SANICHAR, ERIC A             AA   IN    22-04-00556-I     009    2C:39-3F(1)
21000965  001   SOWELL, KAMAU T              IF   IN    22-04-00708-I     008    2C:39-3F(1)
21001419  001   URIG, KRISTINA J             IF   IN    22-04-00614-I     004    2C:39-3F(1)
21001855  001   RIVARD, BENJAMIN P           IF   IN    22-11-01857-I     012    2C:39-3F(1)
21002633  001   GLOVER, QUADIR L             IF   IN    22-07-01198-I     003    2C:39-3F(1)
22000459  001   DAVILA, RUBEN                IF   IN    22-12-01918-I     002    2C:39-3F(1)
22000651  001   PALMS, CHRYSTOPH P           IF   IN    23-01-00008-I     001    2C:39-3F(1)
22002897  001   LEE, JACOB O                 IF   IN    23-06-00728-I     002    2C:39-3F(1)
23001238  001   HOLLIMON, CHRISTOPH L        IF   IN    23-12-01516-I     005    2C:39-3F(1)
23003583  001   FEILDS, MARCUS               AA   IN    24-03-00432-I     001    2C:39-3F(1)
23004003  001   HIGH-BEATTY, GENNIE          IF   IN    24-06-00812-I     001    2C:39-3F(1)
23004111  001   SNYDER JR, DAVID A           AA   IN    24-02-00251-I     004    2C:39-3F(1)
23004426  001   MCWHITE, QAMIR D             AA   IN    25-04-00509-I     005    2C:39-3F(2)
24000160  001   HENNESSY, STEVEN G           AA   CO  S  20230002580321   007    2C:39-3F(2)
24000160  001   HENNESSY, STEVEN G           AA   CO  S  20230002580321   012    2C:39-3F(1)
24000515  001   READING, JAY O               AA   IN    24-12-01853-I     001    2C:39-3F(2)
24000724  001   WILLIAMS, ALLEN              AA   IN    25-02-00175-I     001    2C:39-3F(1)
24001130  001   DYE, DYRON L                 AA   IN    24-10-01587-I     003    2C:39-3F(1)
24002077  001   HINTON, ASWAD J              IF   IN    25-01-00066-I     001    2C:39-3F(1)
```

```
COUNTY    :        BUR                NEW JERSEY PROMIS/GAVEL                      PAGE :      10
PROGRAM   : CCFGEN06                  CASES WITH GIVEN STATUTE
RUN DATE  : 06/03/2025 21.28.21       FROM 01/01/2020  TO  06/01/2025

          DEF                                CHG   CDR OR            CHG
CASE NO   NO     NAME                 STATUS DOC   IND/ACC NO        COUNT   STATUTE       DISPOSITION  REASON
-------------------------------------------------------------------------------------------------------------------

24002471  001    HARPER, NASIR C      AA     CO  W 20240002520317    004     2C:39-3F(1)   100   ADMIN DISMISS/DISP
24002471  001    HARPER, NASIR C      AA     CO  W 20240002550317    008     2C:39-3F(1)
24002471  002    THOMAS, JAYLEN H     AA     CO  S 20240002540317    002     2C:39-3F(1)   100   ADMIN DISMISS/DISP
24002471  002    THOMAS, JAYLEN H     AA     CO  S 20240002570317    004     2C:39-3F(1)   000
24002471  003    THOMAS, YAKIM        AA     CO  W 20240002530317    002     2C:39-3F(1)   100   ADMIN DISMISS/DISP
24002471  003    THOMAS, YAKIM        AA     CO  W 20240002560317    004     2C:39-3F(1)   000
24002691  001    STETSON, DAMIEN J    AA     IN    25-02-00020-I     006     2C:39-3F(1)
24002852  001    COLON, ANDRES        AA     IN    24-09-01438-I     001     2C:39-3F(1)
24002977  001    ETHIER, CHRISTOPH P  AA     IN    24-12-01798-I     001     2C:39-3F(1)
24003389  001    BRIDGES, ANTHONY     IF     IN    24-11-01755-I     001     2C:39-3F(1)
24003433  001    GRESHAN, EUGENE      PT     IN    24-11-01731-I     012     2C:39-3F(1)
24003433  001    GRESHAN, EUGENE      PT     IN    24-11-01731-I     018     2C:39-3F(2)
24003433  001    GRESHAN, EUGENE      PT     IN    24-11-01731-I     021     2C:39-3F(1)
24003649  001    BOWDEN, LIONEL D     AA     IN    25-04-00499-I     003     2C:39-3F(1)
24003801  001    CRAWLEY, ANTOINE M   AA     IN    25-03-00234-I     013     2C:39-3F(1)
24004295  001    HOLLEY, KYLE A       AA     IN    25-02-00144-I     001     2C:39-3F(1)
24004433  001    WEST, TYREE M        AA     CO  W 20240003600317    013     2C:39-3F(2)
24004549  001    WILLARD, GABRIAL M   IF     IN    25-03-00303-I     001     2C:39-3F(1)
25000222  001    PANTER, JALIL        AA     CO  W 20250000460304    009     2C:39-3F(1)
25000223  001    RAND, ROBERT R       AA     IN    25-03-00292-I     001     2C:39-3F(1)
25000587  001    WILKONS, KEYON Q     AA     IN    25-05-00534-I     001     2C:39-3F(1)
25000661  001    BROWN, KENYATA S     AA     CO  W 20250001800330    010     2C:39-3F(1)
25000728  001    ROBINSON, DASHAN     AA     CO  S 20250000820313    003     2C:39-3F(1)
```

```
COUNTY   :        BUR                    NEW JERSEY PROMIS/GAVEL                           PAGE :      11
PROGRAM  : CCFGEN06                      CASES WITH GIVEN STATUTE
RUN DATE : 06/03/2025 21.28.21           FROM 01/01/2020  TO  06/01/2025
```

| CASE NO | DEF NO | NAME | STATUS | CHG DOC | CDR OR IND/ACC NO | CHG COUNT | STATUTE | DISPOSITION | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 25000896 | 001 | HEDGES, TYRELL | AA | CO W | 20250001490317 | 003 | 2C:39-3F(1) | | |
| 25001033 | 001 | ALEXANDER, RICHARD E | AA | CO S | 20250002210325 | 002 | 2C:39-3F(1) | | |
| 25001079 | 001 | GONZALEZHORACE, JULIAN J | AA | CO W | 20250001850317 | 005 | 2C:39-3F(1) | | |
| 25001079 | 002 | ARGYLE, AARON J | AA | CO W | 20250001860317 | 005 | 2C:39-3F(1) | | |
| 25001079 | 003 | ELLERBE, KEYSHAUN U | AA | CO W | 20250001870317 | 005 | 2C:39-3F(1) | | |
| 25001079 | 004 | BOGAR, NASIM S | AA | CO W | 20250001880317 | 005 | 2C:39-3F(1) | | |
| 25001094 | 001 | BLAKEWOOD, RAJOHN F | AA | CO W | 20250002650325 | 005 | 2C:39-3F(1) | | |
| 25001518 | 001 | PAPA, DYLAN S | AA | CO W | 20250003610325 | 011 | 2C:39-3F(1) | | |
| 25001686 | 001 | DELA-CRUZ, FELIX J | AA | CO W | 20250000510312 | 001 | 2C:39-3F(1) | | |
| 25001686 | 002 | HILL, JAIDEN D | AA | CO W | 20250000500312 | 002 | 2C:39-3F(1) | | |
| 25001725 | 001 | WILLIAMS, BRYLIK | AA | CO W | 20250003990325 | 001 | 2C:39-3F(1) | | |
| 25001777 | 001 | BROWN, KASIEM S | AA | CO W | 20250001820320 | 013 | 2C:39-3F(1) | | |
| 25001925 | 001 | ELLIOTT, BREON T | AA | CO S | 20250004770330 | 002 | 2C:39-3F(1) | | |
| 25001993 | 002 | WILLS, EUGENE M | AA | CO S | 20250004920330 | 007 | 2C:39-3F(1) | | |

BCPO_BERGMANN000011

PAGE     1

```
                    TOTALS
        STATUTE          COUNT
        2C:39-3F(1)        230
        2C:39-3F(2)          7
```

BCPO_BERGMANN000012