**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| HEIDI BERGMANN-SCHOCH, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, | Hon. Christine P. O'Hearn, U.S.D.J. Hon. Matthew J. Skahill, U.S.M.J. |
| *Plaintiffs*, | Docket No.: 1:25-cv-997-CPO-MJS |
| v. | |
| JENNIFER DAVENPORT, in her official capacity as Attorney General of New Jersey, JEANNE HENGEMUHLE, in her official capacity as Acting Superintendent of the New Jersey State Police, and LACHIA L. BRADSHAW, in her official capacity as the Burlington County Prosecutor, | |
| *Defendants*. | |

## DECLARATION OF JONATHAN B. MANGEL

Jonathan B. Mangel, an attorney duly admitted to practice before this Court, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     I am a Deputy Attorney General in the Office of the New Jersey Attorney General, Jennifer Davenport, who appears on behalf Defendants in this action.

2.     I submit this declaration in support of Defendants' Combined Brief in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment.

3.     Defendants shall rely on the following documents referenced in the Memorandum of Law and Statement of Undisputed Material Facts:

   a. Attached as **Exhibit 1** to this declaration is a true and correct copy of the Expert Report of Professor Robert J. Spitzer (including exhibits), dated January 23, 2026, which was served on all parties.

   b. Attached as **Exhibit 2** to this declaration is a true and correct copy of the Expert Report of Lucy P. Allen (including exhibits), dated January 22, 2026, which was served on all parties.

   c. Attached as **Exhibit 3** to this declaration is a true and correct copy of the Expert Report of Dr. Stephen W. Hargarten, M.D., M.P.H (including exhibits), dated January 22, 2026, which was served on all parties.

d.  Attached as **Exhibit 4** to this declaration is a true and correct copy of the Expert Report of Professor Eric Ruben (including exhibits), dated January 22, 2026, which was served on all parties.

e.  Attached as **Exhibit 5** to this declaration is true and correct copy of a newspaper article published in the Trenton Evening Times on January 9, 1970, obtained by Defendants.

f.  Attached as **Exhibit 6** to this declaration is a true and correct copy of a newspaper article published in the Star-Ledger on July 18, 1974, obtained by Defendants.

g.  Attached as **Exhibit 7** to this declaration is a true and correct copy of *Commonwealth v. Selfridge* published in "American State Trials" cited in the Expert Report of Professor Eric Ruben, and otherwise cited in the brief, obtained by Defendants.

*/s/ Jonathan B. Mangel*
Jonathan B. Mangel
Deputy Attorney General

Dated: April 9, 2026
Newark, NJ