# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HEIDI BERGMANN-SCHOCH *et al.*, | Hon. Christine P. O'Hearn, U.S.D.J. |
|  | Hon. Matthew J. Skahill, U.S.M.J. |
| *Plaintiffs*, |  |
|  | Docket No. 1:25-cv-997 |
| v. |  |
|  | Civil Action |
| JENNIFER DAVENPORT[1] *et al.*, |  |
|  | **EXPERT REPORT OF** |
| *Defendants*. | **LUCY P. ALLEN** |

---

[1] The caption has been revised to reflect the present Acting Attorney General Jennifer Davenport. See Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.")

i

**TABLE OF CONTENTS**

I.    SCOPE OF ASSIGNMENT ......................................................................................1

II.   QUALIFICATIONS ...............................................................................................1

III.  MATERIALS CONSIDERED ................................................................................2

IV.   BACKGROUND .....................................................................................................4

    A.  Summary of findings..................................................................................4

    B.  Summary of allegations and New Jersey's ban on hollow point ammunition...............4

    C.  Hollow point ammunition ...........................................................................5

V.    STATISTICAL EVIDENCE ON THE RELATIVE RATES OF LETHALITY AND INJURY OF HOLLOW POINT AMMUNITION VS. OTHER AMMUNITION .............6

    A.  Gumeniuk et al. (2023): "Gunshot Injury to the Colon by Expanding Bullets in Combat Patients Wounded in Hybrid Period of the Russian-Ukrainian War During 2014–2020" ....................................................................................8

    B.  Von See et al. (2009): "Wound Ballistics of Injuries Caused by Handgun with Different Types of Projectiles" ...............................................................12

    C.  Dobbyn et al. (1975): "An Evaluation of Police Handgun Ammunition: Summary Report".................................................................................................13

    D.  Di Maio et al. (1974): "A Comparison of the Wounding Effects of Commercially Available Handgun Ammunition Suitable for Police Use" .......................................15

    E.  Summary of statistical evidence from academic studies .............................................17

VI.   OTHER LITERATURE ANALYZING HOLLOW POINT VS. NON-HOLLOW POINT BULLETS ..................................................................................................18

VII.  ILLUSTRATIVE APPLICATION TO NEW JERSEY CRIME DATA .........................21

The undersigned, Lucy P. Allen, hereby declares that the following is true and correct:

I am over the age of eighteen years and competent to testify to the matters contained in this report, and I testify here based on my personal knowledge and information. If I am called as a witness, I would testify competently to the truth of the matters declared herein.

NERA Economic Consulting ("NERA") is being compensated for time spent by me and my team at standard billing rates and for out-of-pocket expenses at cost. My time in preparing this report was billed by NERA at $1,250 per hour. NERA's fees are not in any way contingent upon the outcome of this matter.

## I.    SCOPE OF ASSIGNMENT

1.    I have been asked by the New Jersey Office of the Attorney General to analyze the relative rates of lethality and injury of hollow point bullets versus other types of bullets using available studies, research and data. In addition, I have been asked to illustrate how the relative rates of lethality and injury of hollow point bullets could potentially relate to shootings in New Jersey.

## II.    QUALIFICATIONS

2.    I am a Senior Managing Director of NERA. NERA provides practical economic advice related to highly complex business and legal issues arising from competition, regulation, public policy, strategy, finance, and litigation. NERA was established in 1961 and now employs approximately 500 people in more than 20 offices worldwide.

3.    In my over 25 years at NERA, I have been engaged as an economic consultant or expert witness in numerous projects involving economics and statistics. I have been qualified as an expert and testified in court on various economic and statistical issues relating to firearms, including analyzing the flow of guns into the criminal market, the number of rounds of ammunition fired by individuals using a gun in self-defense incidents and the outcomes when

1

assault weapons and large capacity magazines are used in public mass shootings. I have been retained by the World Health Organization to analyze the economic costs and benefits of banning asbestos. I have testified at trials in Federal and State Courts, before the New York City Council Public Safety Committee, the American Arbitration Association and the Judicial Arbitration Mediation Service, as well as in depositions.

4.      I have an A.B. from Stanford University, an M.B.A. from Yale University, and M.A. and M. Phil. degrees in Economics, also from Yale University. Prior to joining NERA, I was an Economist for both President George H. W. Bush's and President Bill Clinton's Council of Economic Advisers working on healthcare and regulatory issues. My resume, including publications authored in the prior 10 years and testifying experience in the prior 4 years, is included as Exhibit A.

## III.    MATERIALS CONSIDERED

5.      In preparing this report, I considered the following materials:

a)  Complaint for Declaratory and Injunctive Relief, filed February 4, 2025 ("Complaint");

b)  Answer to Complaint with Affirmative Defenses on Behalf of Defendants Matthew Platkin, Colonel Patrick J. Callahan, and Lachia L. Bradshaw, filed March 14, 2025;

c)  New Jersey Statutes Annotated § 2C:39;

d)  Data on shootings in New Jersey from NJGunStat monthly reports, accessed at https://njsp.njoag.gov/njgunstat/;

e)  "BMC Surgery," https://link.springer.com/journal/12893;

f)  Brady, James B., "The Justifiability of Hollow-Point Bullets," *Criminal Justice Ethics*, 2 (1983);

g)  Carr, D. J. et al. "The use of gelatine in wound ballistics research," *International Journal of Legal Medicine*, 132 (2018);

h)  Di Maio, Vincent J. M. et al., "A Comparison of the Wounding Effects of Commercially Available Handgun Ammunition Suitable for Police Use," *FBI Law Enforcement Bulletin* (1974);

i)  Dobbyn, R. C. et al, "An Evaluation of Police Handgun Ammunition: Summary Report," *National Institute of Law Enforcement and Criminal Justice: U.S. Department of Justice* (1975);

j)  Gumeniuk, Kostiantyn et al., "Gunshot Injury to the Colon by Expanding Bullets in Combat Patients Wounded in Hybrid Period of the Russian-Ukrainian War During 2014–2020," *BMC Surgery* 23 (2023);

k)  "Informational Brief: Hollow Point vs Ball Duty Ammo," *National Law Enforcement & Corrections Technology Center* (1997);

l)  Johnson, Nicholas J. et al., *Firearms Law and the Second Amendment: Regulation, Rights, and Policy* (Aspen Publishing, 3rd ed., 2021);

m)  Jorgensen, Jorgen Joakim et al., "Injuries caused by fragmenting rifle ammunition," *Injury, International Journal of the Care of the Injured*, 47 (2016);

n)  Kneubuehl, Beat P. et al., "Wound Ballistics: Basics and Applications," *Springer: Berlin, Germany* (2011);

o)  "Laws of War: Declaration on the Use of Bullets Which Expand or Flatten Easily in the Human Body; July 29, 1899," https://avalon.law.yale.edu/19th_century/dec99-03.asp;

p)  "Military Medicine," https://academic.oup.com/milmed/pages/About;

q)  Naeem, Muhammad et al., "CT of Penetrating Abdominopelvic Trauma," *RadioGraphics*, 41 (2021);

r)  Netto, Fernando Spencer et al., "Hollow-point ammunition and handguns: The potential for large temporary cavities," *Injury Extra*, 39 (2008);

s)  Paust, Jordan J. "Does Your Police Force Use Illegal Weapons? A Configurative Approach to Decision Integrating International and Domestic Law," *Harvard International Law Journal*, 18 (1977);

t)  Pinto, Antonio et al., "Gunshot Wounds: Ballistics and Imaging Findings," *Seminars in Ultrasound, CT and MRI*, 40 (2019);

u)  Rhee, Peter M. et al., "Gunshot Wounds: A Review of Ballistics, Bullets, Weapons, and Myths," *Journal of Trauma and Acute Care Surgery*, 80 (2016);

v)  Stefanopoulos, Panagiotis K. et al., "Assault rifle injuries in civilians: ballistics of wound patterns, assessment and initial management," *European Journal of Trauma and Emergency Surgery*, 50 (2024);

3

w)  Von See, Constantin et al. "Wound ballistics of injuries caused by handguns with different types of projectiles," *Military Medicine*, 174 (2009).

## IV.    BACKGROUND

### A.    Summary of findings

6.    I find that the relative rates of lethality and injury of hollow point bullets are significantly higher than those of other types of bullets, based on studies that have investigated the effects of different types of bullets in real-world scenarios as well as through experiments employing non-human materials to simulate human tissue. The estimated magnitude of the difference is substantial, with studies indicating that hollow point bullets are 2.7 times more lethal and 1.9 to 2.5 times more injurious than non-hollow point bullets. The evidence from these studies, although not specific to New Jersey, indicates that the outcomes to New Jersey's shooting victims would be worse if hollow point bullets had been used.

### B.    Summary of allegations and New Jersey's ban on hollow point ammunition

7.    New Jersey, under N.J.S.A. § 2C:39-3(f)(1), bans the possession of hollow point ammunition. Under N.J.S.A. § 2C:39-3(f)(1), "[a]ny person, other than a law enforcement officer or persons engaged in activities pursuant to subsection f. of N.J.S.2C:39-6, who knowingly has in his possession any hollow nose or dum-dum bullet [...] is guilty of a crime of the fourth degree."[2] Plaintiffs are challenging this ban.[3]

---

[2]    Complaint, ¶ 6. *See also* N.J.S.A. § 2C:39-3(f)(1). New Jersey's ban contains exceptions, including when hollow point ammunition is kept in the home, or when the ammunition is used for "hunting, target practice or fishing." Complaint, ¶¶ 7–8. *See also* N.J.S.A. § 2C:39-6(f) and N.J.S.A. § 2C:39-3(g)(2).

[3]    Complaint, ¶ 1.

### C.      Hollow point ammunition

8.      Hollow point bullets, also known as dum-dum or hollow nose bullets,[4] have a hollow cavity in the tip that causes the bullet to flatten and expand when it strikes a target.[5] Hollow point bullets feature a "line of weakness" in the middle, allowing the projectile to fragment in a controlled manner and transfer a large amount of energy over a short distance.[6] Hollow point bullets can be made of solid lead, jacketed (a soft lead core partly covered by a harder metal jacket) or have additional variations.[7]

9.      Non-hollow point bullets include different types of ammunition including the following:

- **Full metal jacket ammunition,** also known as ball ammunition,[8] has a soft-core pointed or round-nosed bullet (typically lead) surrounded by a casing of harder metal (typically copper).[9] They are typically used by the military and are designed to penetrate targets without deforming or fragmenting.[10] Plaintiffs claim that full metal jacket ammunition is the "primary alternative on the market" to hollow point ammunition.[11]

- **Round nose bullets** have a rounded tip that allows for good aerodynamics, which is not effective at transferring kinetic energy to the target.[12] They are the most common bullet shape for handguns.[13]  They are often made of solid lead, but can also be

---

[4]    *See, e.g.*, Rhee, Peter M. et al., "Gunshot Wounds: A Review of Ballistics, Bullets, Weapons, and Myths," *Journal of Trauma and Acute Care Surgery*, 80 (2016) ("Rhee et al. (2016)"), p. 859; Kneubuehl, Beat P. et al., "Wound Ballistics: Basics and Applications," *Springer: Berlin, Germany* (2011) ("Kneubuehl et al. (2011)"), p. 328.

[5]    Johnson, Nicholas J. et al., *Firearms Law and the Second Amendment: Regulation, Rights, and Policy* (Aspen Publishing, 3rd ed., 2021), ("Johnson et al. (2021)"), p. 1972.

[6]    Von See, Constantin et al. "Wound ballistics of injuries caused by handguns with different types of projectiles," *Military Medicine*, 174 (2009) ("Von See et al. (2009)"), p. 758.

[7]    *See, e.g.*, Kneubuehl et al. (2011), p. 205.

[8]    *See, e.g.*, "Informational Brief: Hollow Point vs Ball Duty Ammo," *National Law Enforcement & Corrections Technology Center* (1997); Complaint, ¶ 56.

[9]    Johnson et al. (2021), p. 1973.

[10]    *See, e.g.*, Kneubuehl et al. (2011), p. 202.

[11]    Complaint, ¶¶ 56–58, 65.

[12]    Johnson et al. (2021), p. 1972.

[13]    Johnson et al. (2021), p. 1972.

5

covered in a copper jacket.[14] The jacketing, or lack thereof, determines how these bullets deform when they impact a target, as a solid lead round-nose will typically deform more than a jacketed one.[15]

- **Flat-nosed bullets**, also called wadcutters, have a flat, wide front. They are traditionally used in target shooting because they cut a clean, round hole in a paper target that makes keeping score easy.[16] These bullets have a cylindrical design which helps them maintain their path through the air and targets.[17] They are designed to penetrate targets without deforming or fragmenting.[18]

10.    The use of hollow point ammunition in warfare has been banned by various countries for over a century. Following the British use of expanding bullets to stop tribal adversaries in the north-west frontier of India in 1897, many countries moved to ban expanding bullets, including hollow point bullets, in warfare because they caused "unnecessary suffering."[19] In 1899, representatives from 26 nations, including the United States, met at The Hague, resulting in the "Declaration Respecting the Prohibition of the Use of Expanding Bullets" (the "Hague Declaration").[20] The Hague Declaration states that "the contracting parties agree to abstain from the use of bullets which expand or flatten easily in the human body."[21]

## V.    STATISTICAL EVIDENCE ON THE RELATIVE RATES OF LETHALITY AND INJURY OF HOLLOW POINT AMMUNITION VS. OTHER AMMUNITION

11.    The relative lethality of hollow point ammunition compared to other types of ammunition cannot be practically or ethically tested through controlled scientific experiments on humans. However, several studies have investigated the effects of hollow point vs. other

---

[14]    Johnson et al. (2021), p. 1973.

[15]    Kneubuehl et al. (2011), p. 167.

[16]    Johnson et al. (2021), p. 1972.

[17]    Kneubuehl et al. (2011), p. 104.

[18]    Kneubuehl et al. (2011), p. 104.

[19]    Rhee et al. (2016), pp. 858–59. *See also* Kneubuehl et al. (2011), pp. 326–27.

[20]    Rhee et al. (2016), p. 858.

[21]    "Laws of War: Declaration on the Use of Bullets Which Expand or Flatten Easily in the Human Body; July 29, 1899," https://avalon.law.yale.edu/19th_century/dec99-03.asp (last accessed Dec. 5, 2025).

ammunition in real-world scenarios or through experiments employing non-human materials that simulate human tissue. I have identified four studies that include data that allows for a direct comparison of the effects of hollow point vs. non-hollow point ammunition.

A. Gumeniuk et al. (2023): "Gunshot Injury to the Colon by Expanding Bullets in - Combat Patients Wounded in Hybrid Period of the Russian-Ukrainian War During 2014–2020" – The study examines soldiers injured in the Russian-Ukrainian war, analyzing the relative tissue damage and lethality of soldiers hit by hollow point versus non-hollow point ammunition.[22]

B. Von See et al. (2009): "Wound Ballistics of Injuries Caused by Handgun with Different Types of Projectiles" – The study examines the wounding effects of five different bullet types, including hollow points, using controlled experiments with pig heads.[23]

C. Dobbyn et al. (1975): "An Evaluation of Police Handgun Ammunition: Summary Report" – The study, conducted for the Department of Justice, analyzes the relative impact of various types of bullets, including hollow points, to produce "human incapacitation." The study uses gelatin blocks as a surrogate for human tissue.[24]

D. Di Maio et al. (1974): "A Comparison of the Wounding Effects of Commercially Available Handgun Ammunition Suitable for Police Use" – The study, conducted for the Federal Bureau of Investigation (FBI), tests the relative damage of various bullets commonly used by law enforcement, including hollow points, on gelatin blocks.[25]

12.    As detailed below, for each of these studies, I identified the relevant statistical data and estimated the relative rates of lethality and injury of hollow point bullets vs. other types of ammunition.

---

[22] Gumeniuk, Kostiantyn et al., "Gunshot Injury to the Colon by Expanding Bullets in Combat Patients Wounded in Hybrid Period of the Russian-Ukrainian War During 2014–2020," *BMC Surgery* 23 (2023) ("Gumeniuk et al. (2023)").

[23] Von See, et al. (2009).

[24] Dobbyn, R. C. et al, "An Evaluation of Police Handgun Ammunition: Summary Report," *National Institute of Law Enforcement and Criminal Justice: U.S. Department of Justice* (1975) ("Dobbyn et al. (1975)").

[25] Di Maio, Vincent J. M. et al., "A Comparison of the Wounding Effects of Commercially Available Handgun Ammunition Suitable for Police Use," *FBI Law Enforcement Bulletin* (1974) ("Di Maio et al. (1974)").

**A.    Gumeniuk et al. (2023): "Gunshot Injury to the Colon by Expanding Bullets in Combat Patients Wounded in Hybrid Period of the Russian-Ukrainian War During 2014–2020"**

13.    Gumeniuk et al. (2023) is an academic study published in BMC Surgery, a peer-reviewed journal on surgical research, training and practice.[26] The study examines soldiers injured in the Russian-Ukrainian war, analyzing the relative tissue damage and lethality of soldiers hit by hollow point ammunition vs. non-hollow point ammunition. The study's focus is to analyze the relative tissue damage from bullets that expand upon impact like hollow point bullets vs. shape stable bullets that do not expand upon impact.

14.    The study compares the lethality, severity of injury, number of injuries, and severity of shock among 43 soldiers who suffered penetrating gunshot wounds from hollow point bullets vs. 69 soldiers that suffered wounds from non-hollow point bullets. The study focuses on injuries to the colon because those types of injuries are frequent in armed conflicts.[27] The study found that the soldiers shot by hollow point bullets had a higher lethality rate, higher number of injuries, and more severe injuries than patients shot by non-hollow point ammunition.[28]

15.    Regarding the lethality of the bullets, the study found that soldiers wounded by hollow point bullets had 2.7 times the death rate compared with soldiers wounded by non-hollow point bullets, a difference that was statistically significant.[29] As shown in the table below, 35% or 15 of the 43 soldiers wounded by hollow point bullets died after injury, compared to 13% or 9 of the 69 soldiers wounded by non-hollow point bullets.[30]

---

[26]  "BMC Surgery," https://link.springer.com/journal/12893, last accessed December 4, 2025.

[27]  Gumeniuk et al. (2023), pp. 2–3.

[28]  Gumeniuk et al. (2023), pp. 3–6.

[29]  Statistically significant at the 1% level.

[30]  Gumeniuk et al. (2023), pp. 5–6.

| **Relative Lethality Rate for Patients Wounded by Hollow Point vs. Non-Hollow Point Bullets** | | | |
|---|---|---|---|
| **Victim Injured with...** <br> **(1)** | **# of Victims** <br> **(2)** | **# of Deaths** <br> **(3)** | **Lethality Rate** <br> **(4)** <br> **=(3)/(2)** |
| Hollow Point Bullet | 43 | 15 | 35% |
| Non-Hollow Point Bullet | 69 | 9 | 13% |
| **Hollow point vs. Non-Hollow point lethality:  2.7x  \*\*** | | | |

**Notes and Source:**
Data from Gumeniuk et al. (2023), pp. 5-6. Statistical significance is calculated by Gumeniuk et al. (2023). Two stars show statistical significance at the 1% level.

16.    Regarding the number of injuries, the study found that soldiers hit by hollow point bullets had a statistically significant higher number of injuries than those hit by non-hollow point bullets. In particular, according to the data, all of the soldiers in the study shot by hollow point bullets suffered multiple wounds while only 32% of those shot by non-hollow point bullets suffered multiple wounds.[31] The study also found that more than half of soldiers shot by hollow point bullets had 3 or more injuries to the colon while none of those shot by non-hollow point bullets had 3 or more injuries.[32] The table below shows the distribution of the number of injuries per patient for soldiers injured by hollow point vs. non-hollow point bullets.

---

[31]   Gumeniuk et al. (2023), p. 3. Statistically significant at the 5% level.

[32]   Gumeniuk et al. (2023), pp. 3–4.

**Number of Injuries per Patient**
**Hollow Point vs. Non-Hollow Point Bullets**

| | Patients Injured by... | |
| --- | --- | --- |
| # of Injuries per Patient | Non-Hollow Point Bullets | Hollow Point Bullets |
| (1) | (2) | (3) |
| 1 | 68% | 0% [n/a] |
| 2 | 32% | 49% |
| 3-4 | 0% | 42% [*] |
| 5 or more | 0% | 9% [*] |
| **% with >1 injury:** | **32%** | **100%** [*] |
| **% with >2 injuries:** | **0%** | **51%** [n/a] |

**Notes and Source:**
Data from Table 3 of Gumeniuk et al. (2023). Statistical significance is calculated by Gumeniuk et al. (2023). A star shows statistical significance at the 5% level, and "n/a" denotes that the paper did not calculate statistical significance.

17.     Regarding the severity of the injuries, the study found that soldiers hit by hollow point bullets had statistically significantly more severe injuries than those hit by non-hollow point bullets. In particular, the study analyzed the colon trauma severity of the injured soldiers using the Colon Injury Scale (CIS), a grading system that quantifies the severity of colon trauma from Level I injuries (least severe) to Level V injuries (most severe). The study found a statistically significant higher frequency of Levels III and IV injuries in soldiers injured by hollow point bullets compared to those injured by non-hollow point bullets.[33] Moreover, the data indicates that none of the soldiers wounded by hollow point bullets suffered injuries at the lowest

---

[33]   Gumeniuk et al. (2023), p. 4. Statistically significant at the 5% level.

level of severity, while 41% of soldiers shot by non-hollow point bullets suffered the least severe injuries.[34] The table below summarizes these results.

| Degree of Colon Injury Scale Hollow Point vs. Non-Hollow Point Bullets | | |
|---|---|---|
| | Patients Injured by... | |
| **Colon Injury Scale** | **Non-Hollow Point Bullets** | **Hollow Point Bullets** |
| (1) | (2) | (3) |
| I  (least severe) | 41% | 0% * |
| II | 45% | 53% |
| III | 10% | 26% * |
| IV | 3% | 16% * |
| V  (most severe) | 1% | 5% |
| **% Level II or above:** | **59%** | **100%** |
| **% Level III or above:** | **14%** | **47%** |
| **% Level IV or above:** | **4%** | **21%** |

**Notes and Source:**
Data from Table 4 of Gumeniuk et al. (2023). Statistical significance is calculated by Gumeniuk et al. (2023). A star shows statistical significance at the 5% level. The grouped percentages reported in bold at the bottom of the table were not tested by the paper and thus have no reported level of statistical significance.

18.    In sum, this study, using data from real-world shootings, found that shootings with hollow point bullets have a statistically significant higher lethality rate (2.7x) than shootings with non-hollow point bullets. The study also found that shootings with hollow point bullets

---

[34]  Gumeniuk et al. (2023), Table 4. Statistically significant at the 1% level.

11

have a statistically significant greater number of injuries per victim as well as more severe trauma than shootings with non-hollow point bullets.

**B.    Von See et al. (2009): "Wound Ballistics of Injuries Caused by Handgun with Different Types of Projectiles"**

19.    Von See et al. (2009) is a study published in Military Medicine, a peer-reviewed journal covering medical issues in military settings.[35] The study examines the wounds and injuries caused by five different types of bullets using a controlled experiment on pig heads. In particular, the experiment involved shooting different types of bullets into pig heads under standardized conditions and then using computed tomography and 3D face scans to perform quantitative measurements of the destruction patterns from the bullets. The study focused on measuring and comparing the increase in volume in the pig heads from the shots as the measure of injury because a larger increase in volume implies greater tissue destruction and injury. The study tested hollow point, full metal jacket, partial metal jacket, round lead and Action 4 ammunition.[36]

20.    The authors found that hollow point bullets resulted in an increase in volume in the pig heads that was substantially larger than that of the other four types of bullets that were tested. For example, according to the data from the study, comparing hollow point bullets to full metal jacket bullets, the ammunition that according to Plaintiffs is the "primary alternative on the market" to hollow point ammunition,[37] yielded an increase in volume that was 1.9 times higher ($12.71$ cm$^3$ vs. $6.63$ cm$^3$).[38] The table below summarizes the results of the study. Consistent with

---

[35]  "Military Medicine," https://academic.oup.com/milmed/pages/About (last accessed Dec. 5, 2025).

[36]  Von See et al. (2009), pp. 757–758. Action 4 ammunition is a solid hollow point bullet made of brass with a plastic tip that does not fragment upon impact. The study used Hydra-Shok branded hollow point bullets.

[37]  Complaint, ¶ 65.

[38]  Von See et al. (2009), p. 758.

the results of their experiment, the authors note that "projectiles that are designed to mushroom on impact," such as hollow point bullets, "cause far more tissue destruction than full metal-jacketed ammunition."[39]

| Increase in Pig Head Volume by Bullet Type | | |
|---|---|---|
| Bullet Type | Avg. Increase in Volume (cm$^3$) | Relative to Full Metal Jacket |
| **Hollow point** | **12.71** | **1.92x** |
| Full metal jacket | 6.63 | 1.00x |
| Action 4 | 6.45 | 0.97x |
| Partial metal jacket | 4.89 | 0.74x |
| Round nose | n/a [1] | - |

Notes and Source:
Data from Von See et al. (2009), p. 758.
[1] No tissue changes detected.

### C.   Dobbyn et al. (1975): "An Evaluation of Police Handgun Ammunition: Summary Report"

21.   Dobbyn et al. (1975) was a study conducted for the Department of Justice to analyze the relative impact of various types of bullets used by law enforcement agencies to produce "human incapacitation."[40] According to the results of the study, hollow point bullets have a greater potential to incapacitate humans than other types of bullets.

22.   The study tested over 100 different handgun bullets of various types, including hollow point and full metal jacket bullets, in the caliber range of 9mm to .45.[41] The bullets were

---

[39]   Von See et al. (2009), p. 760.

[40]   Dobbyn et al. (1975), p. 2.

[41]   Dobbyn et al. (1975), p. 2 and Table 1.

fired into blocks of ordnance gelatin, a specific type of ballistic gel that simulates human tissue.[42] The study recorded the impact velocity, stability, and deformation of each bullet, as well as the formation and development of the temporary cavity produced within the gelatin block by each bullet.[43] The size and location of the temporary cavity, specifically its location relative to vital organs, was noted as the key determinant of whether a bullet would lead to human incapacitation.[44] In order to rank each of the bullets studied, the study computed a "relative incapacitation index" based on the size and shape of the temporary cavity and its proximity to vital organs.[45]

23.    According to the results from the study, hollow point bullets had the highest average relative incapacitation index out of all the types of bullets that were tested. For example, according to the results, the average relative incapacitation index of hollow point bullets was 2.5 times higher than that of full metal jacket bullets (23.9 vs. 9.4). The table below summarizes the average relative incapacitation index for each type of bullet.

---

[42]  Carr, D. J. et al. "The use of gelatine in wound ballistics research," *International Journal of Legal Medicine*, 132 (2018), p. 1659.

[43]  Dobbyn et al. (1975), p. 2.

[44]  Dobbyn et al. (1975), p. 3.

[45]  Dobbyn et al. (1975), pp. 4, 17.

14

**Average Relative Incapacitation (RI) Index
by Bullet Type**

| Bullet Type | Count | Average RI Index |
|---|---|---|
| **Hollow point[1]** | 53 | **23.9** |
| Jacketed soft point | 25 | 17.6 |
| Flat-nosed (Semi-wadcutter) | 16 | 16.2 |
| Flat-nosed (Wadcutter) | 14 | 12.2 |
| Full metal jacket | 8 | 9.4 |
| Round nose | 22 | 6.1 |
| **Hollow point vs. all other:** | | **1.9x** |
| **Hollow point vs. full metal jacket:** | | **2.5x** |

**Notes and Sources:**
Data from Dobbyn et al. (1975), Table 1. Bullet types with 2 observations not shown.
[1] Includes jacketed hollow point, lead hollow point, and safety slug bullets. Safety slugs are a type of fragmenting bullet.

**D.    Di Maio et al. (1974): "A Comparison of the Wounding Effects of Commercially Available Handgun Ammunition Suitable for Police Use"**

24.    Di Maio et al. (1974) was a study conducted for the FBI to test the relative wounding effects of various bullets commonly used by law enforcement. The study was conducted by researchers from the Southwestern Institute of Forensic Sciences as part of their program "to evaluate wounding effectiveness of different calibers and types of ammunition, so as to provide this information for both law enforcement organizations and individual police officers."[46]

25.    The authors of the study note that research in the field of wound ballistics has found that "the severity of a wound is directly related to the amount of kinetic energy lost by the

---

[46] Di Maio et al. (1974), p. 3.

15

bullet in the body."[47] In other words, the more kinetic energy lost by the bullet, the higher severity of the wound. Thus, the study focused on performing an experiment that measured the relative kinetic energy lost by different types of bullets.

26.    The study tested various types of bullets from different manufacturers grouped into five different caliber groups. The tests involved firing each of the different types of bullets into gelatin blocks from 15 feet away using firearms commonly carried by police officers. The study recorded each bullet's velocity and amount of kinetic energy lost in the block.[48] For each of the study's five caliber groupings, the results of the study indicate that hollow point bullets lost more kinetic energy than non-hollow point bullets. Grouping all calibers tested together, hollow point bullets lost on average 1.9 times more kinetic energy than non-hollow point bullets (338 ft-lb vs 182 ft-lb). The table below shows the average kinetic energy lost by hollow point and non-hollow point bullets for each of the five caliber groups and all calibers combined.

---

[47]    Di Maio et al. (1974), p. 3.
[48]    Di Maio et al. (1974), pp. 4–7.

16

**Kinetic Energy Lost**
**Hollow Point vs. Non-Hollow Point by Caliber**

| Caliber(s) | Average Kinetic Energy Lost (ft-lb) | | Ratio |
| | Hollow Point[1] | Non-Hollow Point[2] | |
| --- | --- | --- | --- |
| (1) | (2) | (3) | (4) = (2) / (3) |
| 9mm Parabellum | 343 | 148 | 2.3x |
| .38 Auto, .38 Super, and .45 Auto | 292 | 136 | 2.1x |
| .38 Special | 251 | 108 | 2.3x |
| .357 Magnum | 355 | 255 | 1.4x |
| .41 Magnum, .44 Special, and .44 Magnum | 608 | 388 | 1.6x |
| **All Hollow Point vs. All Non-Hollow Point:** | **338** | **182** | **1.9x** |

**Notes and Sources:**

Data from Di Maio et al., (1974), Tables I - V.

[1] Jacketed hollow point and hollow point.

[2] Full metal jacket, full metal jacket-semiwadcutter, soft point, hemispheral jacketed soft point, round nose, semiwadcutter, metal tipped, wadcutter, and jacketed soft point.

27.    The study's finding that hollow point bullets transfer more kinetic energy upon striking an object is consistent with hollow point bullets causing greater damage and more severe wounds.

**E.    Summary of statistical evidence from academic studies**

28.    In sum, all four of these studies that investigated the effects of hollow point vs. other ammunition found that the lethality and injury caused by hollow point ammunition is substantially larger than that caused by non-hollow point ammunition. The table below summarizes the results.

17

**Summary of Evidence on the Relative Rates of Lethality and Injury of Hollow Point Ammunition**

| Study | Subject | Metric Analyzed | Hollow Point | Non-Hollow Point | Ratio |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) = (4) / (5) |
| Gumeniuk et al. (2023) | Combat patients in Ukraine | Lethality rate | 35% | 13% | 2.7x |
| Von See et al. (2009) | Pig heads | Volume increase (cm$^3$) | 13 | 7 [1] | 1.9x |
| Dobbyn et al. (1975) | Gelatin blocks | Relative incapacitation index | 24 | 9 [1] | 2.5x |
| Di Maio et al. (1974) | Gelatin blocks | Kinetic energy | 338 | 182 [2] | 1.9x |

Notes:

[1] Full metal jacket.

[2] Full metal jacket, full metal jacket-semiwadcutter, soft point, hemispheral jacketed soft point, round nose, semiwadcutter, metal tipped, wadcutter, and jacketed soft point.

29.     As the table shows, Gumeniuk et al. (2023), studying real-life soldiers shot in Ukraine, found that hollow point bullets are 2.7 times more lethal than non-hollow point bullets.[49] The experimental studies that used laboratory simulations found that the injuries were 1.9 to 2.5 times worse when hollow point bullets were used.[50]

## VI.    OTHER LITERATURE ANALYZING HOLLOW POINT VS. NON-HOLLOW POINT BULLETS

30.     In addition to the four studies analyzed above, I found a substantial body of literature that discusses the relative effects of hollow point ammunition vs. other types of ammunition but does not allow for the quantification of the degree of difference. This literature generally discusses differences in the designs of various types of bullets and explains how hollow point bullets are designed to expand and deform on impact, which results in a larger transfer of kinetic energy than other bullets. In addition, this literature explains how hollow point bullets produce larger and more severe wounds than non-hollow point bullets.

---

[49]    *See* Section V.A above.

[50]    *See* Sections V.B, V.C, and V.D above.

18

31.    Below are a few examples of the findings in these papers. Although the level of data included in these papers does not allow for a similar quantification of the effect of hollow point vs. other ammunition, their findings generally align with the results discussed in Section V above.

Literature on hollow point bullets transferring more kinetic energy than other ammunition

- Naeem et al. (2021), a paper studying the morbidity and mortality of penetrating trauma injuries from firearms, describes the physics of expanding bullets such as hollow point ammunition. As the authors explain: "Like projectiles traveling outside the body, projectiles traveling inside the body can experience yaw [side-to-side rotation of an object around a vertical axis], which increases the surface area directed toward the path of travel. Thus, more energy can be transferred to the target for a given length, and the wound cavity is widened. This concept of increased surface area to maximize the deposition of kinetic energy is the basis for projectile configurations that deform, expand, or fragment. For example, full metal jacket (FMJ) bullets exhibit minimal expansion compared with jacketed hollow point (JHP) bullets, which deform and fragment, thus imparting more kinetic energy in tissues."[51]

- Rhee et al. (2016), titled "Gunshot wounds: A review of ballistics, bullets, weapons and myths," describes the mechanisms by which hollow point bullets cause more extensive tissue damage than other types of bullets. The authors explain that "one of the design intents of hollow point bullets is that the hollow point will result in more deformation of the bullet on impact, and thus, more tissue injury will occur."[52] The authors note that as the bullet deforms on impact, "the entire kinetic energy of the bullet is imparted to the victim."[53]

- Netto, Pannell, and Tien (2008), titled "Hollow-point ammunition and handguns: The potential for large temporary cavities," explains that hollow point bullets "rapidly deform upon entering tissue," causing them to "disintegrate upon contact […] and impart all of their kinetic energy to the surrounding tissue."[54]

- In an Informational Brief titled "Hollow point vs. Ball duty ammo," the National Institute of Justice's (NIJ's) National Law Enforcement and Corrections Technology Center (NLECTC) notes that hollow point ammunition is designed to "cause that

---

[51]    Naeem, Muhammad et al., "CT of Penetrating Abdominopelvic Trauma," *RadioGraphics*, 41 (2021), p. 1067.

[52]    Rhee et al. (2016), p. 858.

[53]    Rhee et al. (2016), pp. 858-859.

[54]    Netto, Fernando Spencer et al., "Hollow-point ammunition and handguns: The potential for large temporary cavities," *Injury Extra*, 39 (2008), p. 51.

bullet or projectile to increase in diameter on impact" and "generally imparts more energy (and damage) to an object than ball ammunition."[55]

<u>Literature on hollow point bullets producing larger and more severe wounds than non-hollow point bullets</u>

- Stefanopoulos et al. (2024) conducts a review of the academic literature on the wound patterns from bullets and find a consensus in the literature that the wounding effect of expanding projectiles, such as hollow point bullets, "significantly increase tissue damage and adverse outcomes following injury."[56] The authors indicate that hollow point bullets result in a sustained "controlled expansion (mushrooming) during penetration" that produces "larger wounds."[57] The authors also note that "[h]ollow-point ammunition has been used in public mass shootings with the aim to inflict more lethal injuries."[58]

- Pinto et al. (2018), titled "Gunshot Wounds: Ballistics and Imaging Findings," notes that hollow point bullets "create more injury than those bullets that do not fragment."[59]

- Jorgensen, Naess, and Gaarder (2016), titled "Injuries caused by fragmenting rifle ammunition," indicates that fragmenting bullets "have been shown to cause more tissue disruption than full metal jacket projectiles."[60]

- Paust (1977), a paper published in the Harvard International Law Journal, notes that "several studies have confirmed a tremendous increase in the 'wound volume'" when expanding bullets are used.[61] The authors note that "a bullet with both greater velocity and a mushrooming effect is far more lethal and injurious than a bullet with lower velocity and normal design."[62]

- Brady (1983) discussed the findings of a task force in a midwestern city that was studying the decision of the city's police department to adopt the use of hollow point

---

[55] "Informational Brief: Hollow Point vs Ball Duty Ammo," *National Law Enforcement & Corrections Technology Center* (1997).

[56] Stefanopoulos, Panagiotis K. et al., "Assault rifle injuries in civilians: ballistics of wound patterns, assessment and initial management," *European Journal of Trauma and Emergency Surgery*, 50 (2024) ("Stefanopoulos et al. (2024)"), p. 2741.

[57] Stefanopoulos, et al. (2024), p. 2742.

[58] Stefanopoulos, et al. (2024), p. 2742.

[59] Pinto, Antonio et al., "Gunshot Wounds: Ballistics and Imaging Findings," *Seminars in Ultrasound, CT and MRI*, 40 (2019), p. 27.

[60] Jorgensen, Jorgen Joakim et al., "Injuries caused by fragmenting rifle ammunition," *Injury, International Journal of the Care of the Injured*, 47 (2016), p. 1951.

[61] Paust, Jordan J. "Does Your Police Force Use Illegal Weapons? A Configurative Approach to Decision Integrating International and Domestic Law," *Harvard International Law Journal*, 18 (1977), p. 27.

[62] Paust, Jordan J. "Does Your Police Force Use Illegal Weapons? A Configurative Approach to Decision Integrating International and Domestic Law," *Harvard International Law Journal*, 18 (1977), p. 27.

bullets for its officers. The task force found that hollow point bullets "cause[s] greater bodily damage" and have "greater shocking power, thereby causing greater incapacitation […] and increasing the likelihood of death" than round-nose bullets.[63]

## VII.    ILLUSTRATIVE APPLICATION TO NEW JERSEY CRIME DATA

32.    To illustrate the potential effect of the use of hollow point bullets in New Jersey, I looked to New Jersey-specific data on shootings. In particular, I applied the relative rates of lethality and injury of hollow point vs. non-hollow point ammunition discussed above to data from the New Jersey State Police on shootings in New Jersey over the past five years.

33.    According to New Jersey State Police data, there were 5,496 shooting victims in New Jersey from 2020 to 2024, with 1,006 deaths and 4,490 injuries.[64]

34.    I then applied the relative rates of lethality and injury from Gumeniuk et al. (2023) detailed above to the shootings data. Since hollow point bullets were banned in New Jersey during this period, I assumed that all of the shootings occurred with non-hollow point bullets. Applying the relative rate of lethality of hollow point vs. non-hollow point ammunition from Gumeniuk et al. (2023) of 2.7 times yields 1,684 additional deaths in New Jersey over this five-year time period. The table below summarizes these results.

---

[63]    Brady, James B., "The Justifiability of Hollow-Point Bullets," *Criminal Justice Ethics*, 2 (1983), p. 11.

[64]    Data from NJGunStat monthly reports for 2020–2024, accessed at https://njsp.njoag.gov/njgunstat/.

**Actual Lethality of New Jersey Shootings vs.**
**Applying Hollow Point Lethality According to Academic Literature**

| Year | Shooting Victims in New Jersey | | | Apply Difference in Hollow Point Lethality According to Gumeniuk et al. (2023) | | | Diff. in # of Deaths |
| | Deaths | Injuries | Victims | Implied # of Deaths | Implied Lethality | Implied # of Injuries | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | =(2)+(3) | =(2)*2.7 | =(5)/(4) | =(4)-(5) | =(5)-(2) |
| 2020 | 218 | 1,052 | 1,270 | 583 | 46% | 687 | 365 |
| 2021 | 244 | 1,165 | 1,409 | 653 | 46% | 756 | 409 |
| 2022 | 205 | 911 | 1,116 | 548 | 49% | 568 | 343 |
| 2023 | 187 | 736 | 923 | 500 | 54% | 423 | 313 |
| 2024 | 152 | 626 | 778 | 407 | 52% | 371 | 255 |
| | 1,006 | 4,490 | 5,496 | 2,690 | | 2,806 | 1,684 |

Notes and Sources:
Data on New Jersey's shooting victims from NJGunStat monthly reports for 2020-2024. Relative lethality information from Gumeniuk et al. (2023).

35.    Regarding injuries, although in this illustrative scenario there would be fewer injuries (since there are more deaths), those injuries would be more severe. In particular, Gumeniuk et al. (2023) indicates that injuries from hollow point bullets are 2.2 times more severe than from non-hollow point bullets.[65] In other words, in this illustrative example, the 2,806 shooting victims in New Jersey that were injured but not killed would have had injuries that were 2.2 times worse by being shot with hollow point bullets.

36.    In sum, this illustrative example indicates that the outcomes to New Jersey's shooting victims would have been far worse if hollow point bullets were used, with 1,684 additional deaths and 2,806 victims that suffered substantially more severe injuries.

---

[65]    The relative increase in severity of injury from hollow point rounds compared to non-hollow point rounds is estimated using data on the number of injuries per patient from Gumeniuk et al (2023). In particular, according to the data from Gumeniuk et al. (2023), patients hit by hollow point rounds had on average 2.2 times more injuries than patients hit by non-hollow point rounds (2.9 injuries vs. 1.3 injuries).

22

37.      Since data on the type of bullets actually used in the New Jersey shootings is not available, this illustrative example assumes that no hollow point bullets were used in the New Jersey shootings between 2020 and 2024. However, even assuming that despite the ban half of the victims during this five-year period had been shot with hollow point bullets, the empirical evidence still suggests that a substantial increase in fatalities and injuries would have occurred (842 more deaths and 1,403 victims with worse injuries)[66] had hollow point bullets been used in the other shootings. Thus, although the actual extent of the use of hollow point bullets in New Jersey during the ban may be unknown, the empirical evidence still strongly indicates that a greater use of hollow point bullets would lead to worse outcomes for the shooting victims.

## CERTIFICATION

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LUCY P. ALLEN

Dated: January 22, 2026.

---

[66]  842 is calculated as the sum of column 8 in the table above divided by 2 and 1,403 is calculated as the sum of column 7 divided by 2.

23

# Exhibit A



**Lucy P. Allen**
Senior Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: +1 212 345 5913  Fax: +1 212 345 4650
lucy.allen@nera.com
www.nera.com

# Exhibit A

## LUCY P. ALLEN
## SENIOR MANAGING DIRECTOR

## Education

**YALE UNIVERSITY**
M.Phil., Economics, 1990
M.A., Economics, 1989
M.B.A., 1986

**STANFORD UNIVERSITY**
A.B., Human Biology, 1981

## Professional Experience

1994-Present **National Economic Research Associates, Inc.**
Senior Managing Director. Responsible for economic analysis in the areas of securities, finance and environmental and tort economics.
Managing Director (2016-2023).
Senior Vice President (2003-2016).
Vice President (1999-2003).
Senior Consultant (1994-1999).

1992-1993 **Council of Economic Advisers, Executive Office of the President**
Staff Economist. Provided economic analysis on regulatory and health care issues to Council Members and interagency groups. Shared responsibility for regulation and health care chapters of the *Economic Report of the President, 1993*. Working Group member of the President's National Health Care Reform Task Force.

1986-1988
1983-1984 **Ayers, Whitmore & Company (General Management Consultants)**
Senior Associate. Formulated marketing, organization, and overall business strategies including:
Plan to improve profitability of chemical process equipment manufacturer.
Merger analysis and integration plan of two equipment manufacturers.
Evaluation of Korean competition to a U.S. manufacturer.

1

Lucy P. Allen

|  | Diagnostic survey for auto parts manufacturer on growth obstacles. Marketing plan to increase international market share for major accounting firm. |
|---|---|
| Summer 1985 | **WNET/Channel Thirteen, Strategic Planning Department**<br><u>Associate</u>.  Assisted in development of company's first long-term strategic plan. Analyzed relationship between programming and viewer support. |
| 1981-1983 | **Arthur Andersen & Company**<br><u>Consultant</u>.  Designed, programmed and installed management information systems.  Participated in redesign/conversion of New York State's accounting system.  Developed municipal bond fund management system, successfully marketed to brokers.  Participated in President's Private Sector Survey on Cost Control (Grace Commission).  Designed customized tracking and accounting system for shipping company. |

## Teaching

| 1989- 1992 | **<u>Teaching Fellow</u>, Yale University**<br>Honors Econometrics<br>Intermediate Microeconomics<br>Competitive Strategies<br>Probability and Game Theory<br>Marketing Strategy<br>Economic Analysis |
|---|---|

## Publications

"How Tariffs Can Affect Event Studies in Securities Litigation," (co-author), Law360, August 2025.

"Snapshot of Recent Trends in Asbestos Litigation," (co-author), NERA Report, updates 2009 - 2022.

"The Short-Term Effect of Goodwill Impairment Announcements on Companies' Stock Prices" (co-author), *International Journal of Business, Accounting and Finance,* Volume 14, Number 2, Fall 2020.

"Trends and the Economic Effect of Asbestos Bans and Decline in Asbestos Consumption and Production Worldwide," (co-author), *International Journal of Environmental Research and Public Health*, 15(3), 531, 2018.

"Asbestos: Economic Assessment of Bans and Declining Production and Consumption," World Health Organization, 2017.

2

Lucy P. Allen

"Asbestos Payments per Resolved Claim Increased 75% in the Past Year – Is This Increase as Dramatic as it Sounds?  Snapshot of Recent Trends in Asbestos Litigation: 2012 Update," (co-author), NERA Report, 2012.

"Settlement Trends and Tactics" presented at Securities Litigation During the Financial Crisis: Current Development & Strategies, hosted by the New York City Bar, New York, New York, 2009.

"China Product Recalls: What's at Stake and What's Next," (co-author), NERA Working Paper, 2008.

"Forecasting Product Liability by Understanding the Driving Forces," (co-author), The International Comparative Legal Guide to Product Liability, 2006.

"Securities Litigation Reform: Problems and Progress," Viewpoint, November 1999, Issue No. 2 (co-authored).

"Trends in Securities Litigation and the Impact of the PSLRA," Class Actions & Derivative Suits, American Bar Association Litigation Section, Vol. 9, No. 3, Summer 1999 (co-authored).

"Random Taxes, Random Claims," Regulation, Winter 1997, pp. 6-7 (co-authored).


## Testimony (4 years)

Testimony before the United States District Court for the Southern District of Texas, Houston Division in *In re Concho Resources Inc., Securities Litigation*, 2025.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Waste Management Securities Litigation,* 2024.

Deposition Testimony before the United States District Court for the Southern District of Texas, Houston Division in *Miriam Edwards, et al. v. McDermott International, Inc., et al.,* 2024.

Deposition Testimony before the United States District Court for the Southern District of Texas, Houston Division in *Kingstown Capital Management, L.P., et al. v. McDermott International, Inc., et al.,* 2024.

Testimony and Deposition Testimony in private arbitration proceeding, *HBC US Holdings, LLC v. National Fire & Marine Insurance Company,* 2024.

Deposition Testimony before the United States District Court for the Southern District of Texas, Houston Division, in *In re Concho Resources Inc., Securities Litigation,* 2024.

3

Testimony before the District Court of Vermont, in *Vermont Federation of Sportsmen's Clubs et al. v. Matthew Birmingham, et al.*, 2024.

Testimony before the United States District Court for the Central District of California in *In re Prime Healthcare ERISA Litigation,* 2024.

Testimony and Deposition Testimony before the Superior Court of the State of Delaware in *Janco FS 2, LLC et al. v. ISS Facility Services, Inc.,* 2024.

Deposition Testimony before the 139th Judicial District Court of Hidalgo County, Texas in *Doctors Hospital at Renaissance, Ltd. v. Employers Insurance Company of Wausau et al.,* 2024.

Deposition Testimony before the Superior Court of Fulton County, Georgia in *Corvex Master Fund LP et al. v. Mohawk Industries, Inc., et al., Value Recapture Partners LLC v. Mohawk Industries, Inc., et al., Incline Global Master LP et al. v. Mohawk Industries, Inc., et al., and Soroban Opportunities Master Fund LP v. Mohawk Industries, Inc., et al.,* 2024.

Deposition Testimony before the United States District Court for the Eastern District of Tennessee at Chattanooga in *City of Taylor General Employees Retirement System v. Astec Industries, Inc. and Benjamin G. Brock,* 2024.

Deposition Testimony before the United States District Court, Eastern District of Arkansas, in *Robert Murray v. EarthLink Holdings Corp., et al.,* 2023.

Deposition Testimony before the District Court of Harris County, Texas in *Houston Livestock Show and Rodeo, Inc. v. Hallmark Financial Services, Inc. D/B/A Hallmark Specialty Insurance Company, et al.,* 2023.

Testimony and Deposition before the United States District Court for the Southern District of Texas in *In re Apache Corp. Securities Litigation,* 2023.

Deposition Testimony before the United States District Court for the Central District of California in *In re Prime Healthcare ERISA Litigation,* 2023.

Deposition Testimony before the United States District Court for the Southern District of Texas in *Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation, et al.,* 2023.

Testimony and Deposition before the United States District Court for the District of Oregon in *Oregon Firearms Federation, Inc. et al. v. Tina Kotek et al.*, 2023.

Testimony and Depositions before the United States District Court for the Southern District of Texas, Houston Division in *Miriam Edwards, et al. v. McDermott International, Inc., et al.,* 2023.

Lucy P. Allen

Deposition Testimony before the District Court of Harris County, Texas in *Boxer Property Management Corp. et al. v. Illinois Union Ins. Co. et al.*, 2022.

Testimony before the Supreme Court of the State of New York, County of New York, in *MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.) v. Axos Bank (f/k/a Bank of Internet USA), et al.*, 2022.

Deposition Testimony before the United States District Court for the Eastern District of Virginia, in *Plymouth County Retirement System, et al. v. Evolent Health, Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the Northern District of Georgia, in *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the Southern District of New York, in *SEC v. AT&T, Inc. et al.*, 2022.

Deposition Testimony before the Superior Court of New Jersey, Hudson County, in *Oklahoma Firefighters Pension and Retirement System vs. Newell Brands Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the District of Pennsylvania, in *Allegheny County Employees, et al. v. Energy Transfer LP., et al.,* 2022.

Deposition Testimony before the United States District Court, District of Tennessee, in *St. Clair County Employees' Retirement System v. Smith & Acadia Healthcare Company, Inc., et al.*, 2022.

Deposition Testimony before the United States District Court, District of Colorado, in *Cipriano Correa, et al. v. Liberty Oilfield Services Inc., et al.*, 2022.