# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HEIDI BERGMANN-SCHOCH *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JENNIFER DAVENPORT[1] *et al.*, <br><br> *Defendants*. | Hon. Christine P. O'Hearn, U.S.D.J. <br> Hon. Matthew J. Skahill, U.S.M.J. <br><br><br> Docket No. 1:25-cv-997 <br><br> <u>Civil Action</u> <br><br> **EXPERT REPORT OF** <br> **DR. STEPHEN W. HARGARTEN** |

The undersigned, Dr. Stephen W. Hargarten, M.D., M.P.H., hereby declares that the following is true and correct:

I am over the age of eighteen years, competent to testify to the matters contained in this Declaration, and I testify here based on my personal knowledge and information. I have been asked by the New Jersey Office of the Attorney General to prepare an expert report regarding the characteristics of expanding ammunition that increase their dangerousness, as compared with other ammunition, from a medical perspective. If I am called as a witness, I would testify competently to the truth of the matters declared herein.

I am being compensated for my services in this case at the rate of $250/hour.

---

[1] The caption has been revised to reflect the present Acting Attorney General Jennifer Davenport. *See* Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.")

## BACKGROUND AND QUALIFICATIONS

1.      My name is Stephen W. Hargarten, M.D., M.P.H. I am an emergency medicine specialist, having practiced emergency medicine for over thirty-five years. I have been board certified across four decades. My curriculum vitae, which is attached as Exhibit A, documents my educational and research experience in detail. It also lists my publications.

2.      I received my Medical Degree from the Medical College of Wisconsin in 1975, completed my internship at Gorgas Hospital, a U.S. Army hospital in Panama City, Panama, in 1976, and received my Master's Degree in Public Health at the Bloomberg School of Public Health at The Johns Hopkins University in 1984.

3.      I was a practicing emergency medicine physician in the Milwaukee area for over thirty-five years, most recently serving as an Attending Physician at Froedtert Hospital until 2018. As an emergency medicine physician, I treated hundreds of patients who sustained gunshot wounds from many different firearms and bullets.

4.      In addition to practicing clinical emergency medicine, I continue to serve as Professor of Emergency Medicine. I served as Chairman of the Department of Emergency Medicine for twenty years and Associate Dean for Global Health for twelve years at the Medical College of Wisconsin. In 2001, I served as the Founding Director of the Injury Research Center, which later was reorganized to become the Comprehensive Injury Center at the Medical College of Wisconsin, serving as Director for nearly twenty years.

5.      The Comprehensive Injury Center focuses on the sciences of injury prevention and control, including violence prevention, through a multidisciplinary public health and health care approach. This includes community engagement, research, education, and collaboration with

2

partners. The Center conducts research in a variety of areas, including interpersonal violence, gun violence, and opioid use.

6. I currently serve as the Vice-Chair of the Community Preventive Services Task Force of the U.S. Department of Health and Human Services (Centers for Disease Control and Prevention, 2018–present), and I am a former member of the Executive Committee of the Transportation Research Board of the National Academies of Science, Engineering, and Medicine (2018–23). I have been a member of the National Academy of Medicine since 2011.

7. Over the course of my career, I have been awarded more than $20 million in research grants and awards, including substantial awards by the State of Wisconsin Department of Health Services, the Joyce Foundation, the National Institute of Justice, and the Centers for Disease Control and Prevention. In addition, I have published more than 100 original papers in peer reviewed journals such as the Academic Emergency Medicine, the Annals of Emergency Medicine, JAMA, and the New England Journal of Medicine.

8. In the past four years, I have served as an expert in *Viramontes v. Cook County*, Case No. 21-4595 (N.D. Ill.); *National Association for Gun Rights v. City of Highland Park*, Case No. 22-4774 (N.D. Ill.); *Rocky Mountain Gun Owners v. Town of Superior*, Case No. 22-2680 (D. Colo.); *Leibfried v. Caterpillar, Inc.*, Case No. 20-CV-1874 (E.D. Wis.); and *Association of New Jersey Rifle and Pistol Clubs v. Platkin*, Case No. 18-10507 (D.N.J.).

9. I have been retained by the New Jersey Office of the Attorney General in connection with this action, specifically to opine on how hollow point ammunition's expanding characteristics may affect the degree of wounding effectiveness, as compared with non-expanding bullets such as full metal-jacketed ammunition.

10.    I hold my opinions to a reasonable degree of medical and scientific certainty. My opinions are based on my education, training, research, and clinical experience, as well as my knowledge of relevant medical literature and the application of scientific principles to wound ballistics. Also relevant to the formation of my opinions is my knowledge of accepted standards of medical practice as they apply to emergency medicine.

## OPINIONS

11.    Each year, more than 45,000 people die from gun-related injuries in the United States.[2] Many shooting victims do not make it to the hospital, and those who survive are often left with serious complications, lifelong disabilities, and psychological trauma.[3]

12.    Bullets cause damage to a body by transferring kinetic energy, which ripples and tears through tissue and organs. When a bullet penetrates the body, it creates both a temporary cavity and a permanent cavity. The amount of energy a bullet transfers into a person is a function of the bullet's velocity and mass. The larger a projectile's surface area, such as with a hollow point bullet designed to expand on impact, the greater its ability to transfer its energy upon penetration. The greater amount of energy that is transferred immediately, the larger the permanent cavity is and the quicker the temporary cavity is formed, causing immediate damage to adjacent tissue and organs. In sum, hollow point bullets' larger projectile surface area creates a greater transfer of energy, causing larger permanent cavities and more immediate temporary cavity formation, thus causing greater and more immediate damage to the body.

---

[2] John Gramlich, Pew Research Center, *What the data says about gun deaths in the U.S.* (Feb. 3, 2022), *available at* https://tinyurl.com/yrtuuab2.

[3] *See, e.g.*, Arlene Greenspan & Arthur L. Kellerman, "Physical and Psychological Outcomes 8 Months after Serious Gunshot Injury," *The J. of Trauma* 53(4), at 709–16 (Oct. 2002).

**I.        Characteristics of Ammunition That Impact Wounding Effectiveness.**

13.        Bullets cause damage to human bodies by transferring kinetic energy from the bullet to the body. The amount of energy a bullet transfers into a target is primarily a function of the bullet's velocity and mass. This relationship is expressed by the equation:

$$E = 1/2m \times v^2$$

$$(E = Energy; m = mass; v = velocity)[4]$$

14.        As this equation indicates, the energy available to deliver to the target increases as the mass of the projectile increases and as the velocity of the projectile increases.

15.        The caliber of the bullet refers to the diameter of the barrel of the firearm and thus the diameter of the bullet being released by that firearm, usually referenced in inches or millimeters.  The higher the caliber, the wider (diameter) the bullet.

16.        Another characteristic of bullets that affects how much energy is actually transferred to a shooting victim includes the surface area. The larger a projectile's surface area—such as is the case with a hollow point bullet due to its expansion upon impact—the greater its ability to transfer its full energy to the intended target.[5] The result of a projectile's greater transferred energy is a greater likelihood of causing more damage upon a target.

17.        The transferred kinetic energy allows the bullet to penetrate the target upon impact. When the bullet penetrates, the physical manifestations of the energy transfer are the temporary and permanent cavities that are created by the bullet. The temporary cavity is formed as a result of the radial dispersion of the kinetic energy of the bullet, primarily effected by its velocity. This radial dispersion of energy has variable effects, depending on the tissue that it strikes. Elastic tissue

---

[4] Panagiotis K. Stefanopoulos *et al.*, "Wound ballistics of military rifle bullets: An update on controversial issues and associated misconceptions," *J. of Trauma and Acute Care Surgery* 87(3), at 696 (Sep. 2019).

[5] *Id*.

such as lungs are relatively less injured, but organs such as the liver are adversely affected by the temporary cavity, as the tissue shreds and tears from the temporary cavity formation. The permanent cavity is created by the bullet's direct tearing and crushing of tissue directly in its path. The larger the mass of the bullet, the more direct damage to tissue and organs occurs.

18.    Visual comparisons of temporary and permanent cavity formations created in a ballistic gelatin by live-fired full metal-jacketed and expanding hollow point bullets are below.[6]

**Full Metal-Jacketed Bullet – Temporary Cavitation**



---

[6] Photos derived from Yoganandan, Narayan, Ph.D. et al., Dynamic Analysis of Penetrating Trauma, 42 J. of Trauma: Injury, Infection, and Critical Care 266–72 (Feb. 1997).

6

**<u>Hollow Point Bullet – Temporary Cavitation</u>**



**<u>Full Metal-Jacketed Bullet – Permanent Cavitation</u>**



**Hollow Point Bullet – Permanent Cavitation**



19.     These images captured temporary and permanent cavitations created by two different bullets, one a standard full metal-jacketed .25 handgun bullet, and the other a 9mm hollow point bullet. The intent of a hollow point bullet is, upon impact, to immediately "expand" its surface area, resulting in a larger permanent cavity and to accelerate the formation of the temporary cavity, soon after penetration. This has significant implications for injury. As the images demonstrate, the direct permanent cavity is enlarged, resulting in greater tissue, cellular, and organ injury. The rapid onset of the temporary cavitation, upon penetration, has implications for where the bullet enters near vital organs, such as the abdomen and the area where the liver resides. Inelastic organs such as the liver suffer greater injuries from temporary cavity formation as the radial distribution of the kinetic energy results in additional tissue tearing and rupture.

20.     So, for example, if a person is shot in the liver with an expanding bullet versus a full metal-jacketed bullet, the earlier onset of the temporary cavity is disastrous, with direct impact

8

and greater tissue destruction, severing multiple collateral arteries and veins.  This results in hemorrhage, shock, and a high risk of death. The full metal-jacketed bullet penetrates with a smaller permanent cavity. And the temporary cavity is formed later, as the permanent cavitation images also demonstrate. In the case of penetration in the abdomen adjacent to the liver, if the bullet's temporary cavity formation occurs later (such as caused by full metal-jacketed bullets) it has less of an adverse effect.

## II.   Hollow Point Bullets Inflict More Damage on Human Tissue Compared to Non-Expanding Bullets.

21.     Since a projectile's mass, velocity, and surface area determines the amount of transferred kinetic energy, which correlates to the degree of damage, the energy release of hollow point bullets' expanding features typically result in greater harm and destructive potential than non-expanding bullets such as full metal-jacketed bullets of the same mass, velocity, and caliber. In other words, the "design" of a hollow point bullet "is to cause more damage by transferring more of the bullet's energy into its target."[7]

22.     Hollow point bullets are more likely to cause direct and immediate collateral damage to the body due to the bullet's deformation/expansion. The permanent cavities created within the body by hollow point bullets are greater due to the expansion/mushrooming of the surface area of the bullet with the additional tearing and crushing of tissue. The resulting injuries caused by hollow point bullets when compared to full metal-jacketed bullets are thus greater due to the combined increased surface area created by the mushrooming effect of the hollow-point design, as well as greater immediate collateral damage of the temporary cavity.

---

[7] Wilson, Abigail, "Open Fire: The Expansion of 9mm Hollow Point Bullets in Relation to Tissue Thickness" at 1 (2023). *CUNY Academic Works*, available at: https://tinyurl.com/a6fttyjy.

23.     I have reviewed one very good study from Ukraine by surgeons who analyzed combatant abdominal/colon injuries caused by hollow point bullets versus non-hollow point bullets.[8] This case-controlled study compared the clinical outcomes of injuries from these two types of bullets and demonstrated greater injuries to the colon, increased frequency of hemorrhage, and greater death rates with the hollow point bullets when compared to the non-hollow point bullets.[9] The increased mass surface area and the velocity impact of the hollow-point bullets have direct and indirect implications for injury, causing more direct tissue tearing and crushing, and immediate hemorrhage from disrupted veins and arteries (the permanent cavity) due to the hollow point bullet design. The significant velocity of these bullets (their kinetic energy) contributes further to the injury effects that results in a significantly large and proximal temporary cavity, causing additional tearing of adjacent tissues, arteries, and veins, resulting in additional bleeding and swelling that can cascade to shock, organ failure, and the risk of death. This study concludes that more extensive tissue damage is caused by expanding bullets when compared to full metal jacketed bullets, thereby strongly supporting my statements.[10]

24.     Another study utilizing an experimental model involving porcine bone demonstrated greater fractured damage from hollow point bullets than from full metal-jacketed bullets.[11] The study researchers found more extensive damage from hollow point bullets when compared to full metal-jacketed bullets.[12] This damage to bone has clinical implications for

---

[8] *See* Kostiantyn Gumeniuk, et al. "Gunshot Injury to the Colon by Expanding Bullets in Combat Patients Wounded in Hybrid Period of the Russian-Ukrainian War During 2014–2020," *BMC Surgery* 23 (2023).

[9] *See id.*, at 6-7.

[10] *See id.*, at 5-6.

[11] Kayla E. Watson, et al. "Ballistic impact of hollow-point ammunition on porcine bone," *Journal of Forensic Sciences*, 68:1121-1132 (2023).

[12] *See id.*, at 1122.

adjacent tissue, organs, veins, and arteries that are at risk of tearing and bleeding from fracture fragments created by hollow point bullets, leading to more bleeding, with the potential risk of shock and death.

## CERTIFICATION

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ _____
STEPHEN W. HARGARTEN, M.D., M.P.H.

Dated: January 22, 2026

11

# Exhibit A

Date of Document: January 21, 2026

# CURRICULUM VITAE

## Stephen W. Hargarten MD, MPH

**Professor**
**Department of Emergency Medicine**

**OFFICE ADDRESS:**
Hub for Collaborative Medicine
8701 Watertown Plank Road
Milwaukee, WI 53226

**EDUCATION:**
1971 - Present BA, University of Wisconsin, Milwaukee, WI
1975 - Present MD, Medical College of Wisconsin, Milwaukee, WI
1984 - Present MPH, Johns Hopkins School of Public Health and Hygiene, Baltimore, MD

**POSTGRADUATE TRAINING AND FELLOWSHIP APPOINTMENTS:**
1975 - 1976 Rotating Internship, Gorgas Hospital, Canal Zone, Panama

**FACULTY APPOINTMENTS:**
1985 - 1988 Assistant Clinical Professor, Department of Trauma and Emergency, Medical College of Wisconsin, Milwaukee, WI
1989 - 1994 Assistant Professor, Emergency Medicine, Medical College of Wisconsin, Milwaukee, WI
1994 - 2004 Health Policy Institute, Medical College of Wisconsin, Milwaukee, WI
1994 - 1997 Associate Professor and Interim Chairman, Department of Emergency Medicine, Medical College of Wisconsin, Milwaukee, WI
1994 - 1996 Instructional Academic Staff Preceptor, Department of Family Medicine & Practice, Physician Assistant Program, University of Wisconsin Medical School, Madison, WI
1997 - Present Director, Department of Emergency Medicine, Firearm Injury Research Center, Medical College of Wisconsin, Milwaukee, WI
1997 Associate Professor, Chairman, Department of Emergency Medicine, Medical College of Wisconsin, Milwaukee, WI
1998 - Present Professor and Chairman, Department of Emergency Medicine, Medical College of Wisconsin, Milwaukee, WI
1998 - 2001 Director, Department of Emergency Medicine, Wisconsin Injury Research Center, Medical College of Wisconsin, Milwaukee, WI
2001 - Present Director, Injury Research Center, Medical College of Wisconsin, Milwaukee, WI
2004 - 2010 Population Health, Medical College of Wisconsin, Milwaukee, WI
2010 - Present Associate Dean, Global Health, Medical College of Wisconsin, Milwaukee, WI
2010 - Present Institute for Health and Society, Medical College of Wisconsin
2012 - Present Graduate Faculty, Graduate School of Biomedical Sciences, Medical College of Wisconsin, WI
2013 - Present Adjunct Faculty, Joseph J. Zilber School of Public Health, University of Wisconsin, Milwaukee, WI

**HOSPITAL AND CLINICAL ADMINISTRATIVE APPOINTMENTS:**
1976 - 1977 Staff Physician, Emergency Department, St. Joseph's Hospital, Milwaukee, WI
1977 - 1983 Staff Physician, Emergency Department, St. Mary's Hospital, Milwaukee, WI
1984 - 1988 Staff Physician, Emergency Department, St. Luke's Hospital, Milwaukee, WI
1989 - 1995 Associate Attending Staff, John L. Doyne Hospital, Milwaukee, WI
1992 - Present Associate Attending Staff, Children's Hospital of Wisconsin, Milwaukee, WI

1995 - Present Attending Staff, Froedtert Memorial Lutheran Hospital, Milwaukee, WI

**SPECIALTY BOARDS AND CERTIFICATION:**

| Certificates | Issued By | Issue Date | Expiration |
|---|---|---|---|
| Board Certified | American Board of Emergency Medicine | 1982 | None |
| Fellow | American College of Emergency Physicians | 1983 | None |
| Examiner | American Board of Emergency Medicine | 1987 | None |
| Instructor | Advanced Trauma Life Support | 1987 | 2003 |
| Re-certified | American Board of Emergency Medicine | 1991 | None |
| Re-certified | American Board of Emergency Medicine | 2000 | None |

| Licensure | Number | Issue Date | Expiration |
|---|---|---|---|
| National Board of Medical Examiners | 154341 | 07/1976 | None |
| State of Wisconsin | 20218 | 07/1976 | None |

**AWARDS AND HONORS:**

1990 - Present Rookie of the Year Award , Emergency Medicine Residents, Medical College of Wisconsin-MCWAH

1994 - Present Physician of the Year, State Medical Society - Wisconsin

1995 - Present Public Citizen of the Year, National Association of Social Workers - Wisconsin Chapter

11/1996 - Present Contributions to the 1996 Healthy People 2000 Progress Review, and in recognition of leadership in the area of Violence Prevention, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention

2000 - Present President's Award, Milwaukee Academy of Medicine

2000 Prevention Achievement Award , Brain Injury Association of Wisconsin

2008 Outstanding Medical Student Teacher for the 2007-2008 Academic Year , Medical College of Wisconsin

2011 - Present Johns Hopkins Scholar

2012 Outstanding Pathways Advisor for the 2012 Academic Year, Medical College of Wisconsin

2012 Outstanding Medical Student Teacher for the 2011-2012 Academic Year, Medical College of Wisconsin

**MEMBERSHIPS IN HONORARY AND PROFESSIONAL SOCIETIES:**

Wisconsin State Medical Society

American College of Emergency Physicians

American College of Emergency Physicians (Wisconsin Chapter)

Society for Academic Emergency Medicine

American Public Health Association

The Johns Hopkins Society of Scholars

Society for Advancement of Violence and Injury Research

American Trauma Society

Advocates for Highway and Auto Safety

Wisconsin Public Health Association

Association for the Advancement of Automotive Medicine

Physicians for Social Responsibility

International Travel Medicine Society

Milwaukee County Medical Society

**EDITORSHIPS/EDITORIAL BOARDS/JOURNAL REVIEWS:**
Journal Review
   2008 - Elimination of Health Disparities through Translation Research
   Accident Analysis and Prevention
   Chinese Journal of Emergency Medicine, Editorial Board
   Journal of the American Medical Association
   American Journal of Emergency Medicine
   Journal of Injury Prevention
   Annals of Emergency Medicine
   Academic Emergency Medicine

**LOCAL/REGIONAL APPOINTED LEADERSHIP AND COMMITTEE POSITIONS:**
1977 - 1979 Co-Founder, Board Member, West of the River Community Center
1980 - 1982 Board Member/President, Wisconsin Indochina Refugee Relief
1980 - Present Volunteer Physician, Tom Dooley Memorial Hospital Thailand, Wisconsin Indochina Refugee Relief
1981 - 1995 Board Member, Tom Dooley Heritage
1985 - 1988 Medical Director, St. Luke's International Travel Clinic
1986 - 1991 Co-Chairman, Wisconsin Safety Belt Coalition
1987 - 1990 Commissioner, Milwaukee Safety Commission
1989 - 1991 Member, Public Health Committee, Milwaukee County Medical Society
1990 - 1993 Board Member, Wisconsin Division American Trauma Society
1990 - 1994 Chairman, Safe Transportation Commission, Wisconsin State Medical Society
1992 - 1993 President, Wisconsin Public Health Association
1993 - 1999 Chair, Public Health and Education Committee, Milwaukee Academy of Medicine
1996 - 1999 Chair, State Medical Society Injury Control Commission
1998 Chair, Policies and Practice Work Group, Fighting Back
1998 - Present Member, Eastern Regional Health Care Advisory Committee, Senator Feingold
1999 - 2000 Chair, State Medical Society Council on Health of the Public
1999 - 2003 Chair, State Trauma Advisory Committee
2001 - 2003 Task Force Member, Governors Task Force on Terrorism
2004 - Present Member, Public Health Council, Department of Health and Family Services
2005 - Present Member, Committee on Inmate/Youth Death, Department of Corrections

**NATIONAL ELECTED/APPOINTED LEADERSHIP AND COMMITTEE POSITIONS:**
1990 - 1991 Member, Trauma Subcommittee, American College of Emergency Physicians
1990 - 1993 Member, Public Health Committee, Society for Academic Emergency Medicine
1991 - Present Member, Public Health and Injury Prevention Committee, American College of Emergency Physicians
1992 - 1995 Board Member, Association for Advancement of Automotive Medicine
1993 - 1995 Member, Program Committee, Society for Academic Emergency Medicine
1993 - Present Board Member, Advocates for Highway & Auto Safety
1996 - 1997 Member, Education Advisory Committee, Association for the Advancement of Automotive Medicine
06/07/1998 - 06/08/1998 Participant, Injury Research Grant Review Committee, Centers for Disease Control and Prevention, National Center for Injury Prevention and Control
1998 - 2002 Co-Chair, Advocates for Highway & Auto Safety
1998 - Present Public Health Task Force, Society for Academic Emergency Medicine
1999 - 2010 Member, Senator Russ Feingold Health Care East Advisory Committee
2001 - Present Board Member, St. Charles Youth and Family Services
2004 - 2005 Member, Advisory Committee, National Center of Injury Prevention and Control, Acute Care Research Committee
2004 - 2005 President,, National Association of Injury Control Research Centers
2004 - 2005 President, Association of Academic Chairs of Emergency Medicine
2005 - 2007 President, Society for Advancement of Violence and Injury Research

2010 - Present Board Member, Community Advocates, Urban Strategies
2010 - 2013 Board Member, Great Lakes Transportation Enterprise Institute

**RESEARCH GRANTS/AWARDS/CONTRACTS/PROJECTS:**

**Active**
  <u>**Peer Review**</u>

| | |
|---|---|
| Title: | Injury Research Center at the Medical College of Wisconsin |
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2007 - 2012 |
| Direct Funds: | $4,424,025 |
| | |
| Title: | Changing the Culture of Risky Drinking Behavior |
| Source: | Healthier Wisconsin Partnership Program |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2009 - 2012 |
| Direct Funds: | $300,000 |
| | |
| Title: | Violence Prevention Initiative Research and Evaluation Team |
| Source: | Healthier Wisconsin Partnership Program |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2010 - 2015 |
| Direct Funds: | $1,241,473 |
| | |
| Title: | Changing the Culture of Risky Drinking Behavior: Policy Changes |
| Source: | Healthier Wisconsin Partnership Program |
| PI: | Stephen Hargarten, MD, MPH |
| Dates: | 2012 - 2017 |
| Direct Funds: | $748,267 |

**Prior**
  <u>**Peer Review**</u>

| | |
|---|---|
| Title: | Hunting Injuries and Illnesses in Montana 1990 |
| Source: | Wilderness Medical Society |
| PI: | Stephen Hargarten, MD, MPH |
| Dates: | 1990 |
| Direct Funds: | $2,500 |
| | |
| Title: | Motor Vehicle Crashes - Emergency Physician Costs |
| Source: | Wisconsin Safety Belt Coalition |
| PI: | Stephen Hargarten, MD, MPH |
| Dates: | 1990 |
| Direct Funds: | $6,000 |
| | |
| Title: | Electronic Log System for Emergency |

Department

Source:             Wisconsin Department of Transportation
PI:                 Stephen Hargarten, MD, MPH
Dates:              1990
Direct Funds:       $40,356

Title:              Cost & Data Analysis of Motor Vehicle Trauma in Milwaukee County
Source:             Wisconsin Department of Transportation
PI:                 Stephen Hargarten, MD, MPH
Dates:              1990
Direct Funds:       $3,417

Title:              Motorboat Propeller Injuries in Wisconsin 1987-1989
Source:             Institute for Injury Reduction
PI:                 Stephen Hargarten, MD, MPH
Dates:              1991
Direct Funds:       $2,000

Title:              Crash Outcome Data Evaluation (CODES) in Wisconsin
Source:             National Highway Traffic Safety Administration
PI:                 Stephen Hargarten, MD, MPH
Dates:              1992 - 1993
Direct Funds:       $15,000

Title:              Emergency Room Drug Abuse Data
Source:             State of Wisconsin
PI:                 Stephen Hargarten, MD, MPH
Dates:              1992 - 2000
Direct Funds:       $5,000

Title:              Partnerships in Health/EMS Training for Poland
Source:             United States Agency for International Development
PI:                 Stephen Hargarten, MD, MPH
Dates:              1992 - 1994
Direct Funds:       $24,000,000

Title:              Emergency Medical Services Course for Physicians
Source:             Wisconsin Department of Transportation
PI:                 Stephen Hargarten, MD, MPH
Dates:              1992
Direct Funds:       $29,789

Title:              Firearm Surveillance System - Wisconsin
Source:             Division of Health, State of Wisconsin
PI:                 Stephen Hargarten, MD, MPH
Dates:              1994 - 1997
Direct Funds:       $150,000

Title:              Firearm Injury Reporting System" –

Joyce II

Source:               Joyce Foundation
PI:                   Stephen Hargarten, MD, MPH
Dates:                1994 - 1995
Direct Funds:         $79,997

Title:                Firearm Injury Reporting System
Source:               Faye McBeath Foundation
PI:                   Stephen Hargarten, MD, MPH
Dates:                1994 - 1995
Direct Funds:         $50,000

Title:                Firearm Injury Reporting System" –
                      Joyce 2
Source:               Joyce Foundation
PI:                   Stephen W. Hargarten, MD, MPH
Dates:                1996 - 1998
Direct Funds:         $194,538

Title:                Brief Strategies for Alcohol-Related Non-
                      traffic Injuries
Source:               University of Wisconsin – Madison
PI:                   Stephen W. Hargarten, MD, MPH
Dates:                1996
Direct Funds:         $10,904

Title:                National Firearm Information Center" –
                      Joyce 3
Source:               Joyce Foundation
PI:                   Stephen W. Hargarten, MD, MPH
Dates:                1997 - 2000
Direct Funds:         $391,581

Title:                Wisconsin Drug Abuse Emergency
                      Room Registry
Source:               State of Wisconsin, Dept. of Health &
                      Family Services
PI:                   Stephen W. Hargarten, MD, MPH
Dates:                1998 - 1999
Direct Funds:         $1,500

Title:                Wisconsin Firearm Injury Reporting
                      Systems (FIRS) – Joyce 4
Source:               Joyce Foundation
PI:                   Stephen W. Hargarten, MD, MPH
Dates:                1998 - 1999
Direct Funds:         $95,912

Title:                Strategic Development of State Firearm
                      Injury Reporting Systems
Source:               Open Society Institute
PI:                   Stephen W. Hargarten, MD, MPH
Dates:                1999 - 2000
Direct Funds:         $116,911

Title:                A Comprehensive Model for Firearm
                      Injury Reporting, Analysis and

|  |  |
|---|---|
|  | Information" – Joyce 5 |
| Source: | Joyce Foundation |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 1999 - 2002 |
| Direct Funds: | $771,924 |

|  |  |
|---|---|
| Title: | Closing the Gap: Applying Injury Control Science to Patient Safety |
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 1999 - 2000 |
| Direct Funds: | $30,000 |

|  |  |
|---|---|
| Title: | In the Wake of a Gunshot |
| Source: | Wisconsin Humanities Council and the National Endowment for the |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 1999 - 2000 |
| Direct Funds: | $10,000 |

|  |  |
|---|---|
| Title: | Closing the Gap: Applying Injury Control Science to Patient Safety |
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 1999 - 2000 |
| Direct Funds: | $24,316 |

|  |  |
|---|---|
| Title: | Building a National Firearm Injury Reporting System |
| Source: | Funder's Collaborative for Gun Violence Prevention by Harvard School of Public Health National Violent Injury Statistics System (NVISS) |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 10/2000 - 07/2001 |
| Direct Funds: | $50,000 |

|  |  |
|---|---|
| Title: | Preventing Firearm Suicides and Unintentional Deaths |
| Source: | Funder's Collaborative for Gun Violence Prevention by Johns Hopkins Center for Gun Policy & Research |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2000 - 2001 |
| Direct Funds: | $60,000 |

|  |  |
|---|---|
| Title: | NIBRS – Intentional Injuries and Assaults |
| Source: | Wisconsin Office of Justice Assistance |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2002 |
| Direct Funds: | $75,774 |

|  |  |
|---|---|
| Title: | Grants for Injury Control Research Centers – Small Project 4 |

| | |
|---|---|
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2004 |
| Direct Funds: | $66,672 |

| | |
|---|---|
| Title: | Injury Research Center |
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten MD, MPH |
| Dates: | 2001 - 2007 |
| Direct Funds: | $5,180,275 (at Medical College of Wisconsin) |

| | |
|---|---|
| Title: | Improving Patient Safety: Health Systems Reporting, Analysis, and Safety Improvement Research Demonstrations |
| Source: | Agency for Healthcare Research and Quality |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2004 |
| Direct Funds: | $1,418,594 |

| | |
|---|---|
| Title: | Grants for Injury Control Research Centers – Large Project 3 |
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2006 |
| Direct Funds: | $100,000 |

| | |
|---|---|
| Title: | International Injuries and Assaults |
| Source: | State of Wisconsin |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2002 |
| Direct Funds: | $68,196 |

| | |
|---|---|
| Title: | Grants for Injury Control Research Centers – Large Project 4 |
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2006 |
| Direct Funds: | $204,000 |

| | |
|---|---|
| Title: | 2nd Annual Emerging Injury Conference: International Travel Related Injury |
| Source: | Centers for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2002 |
| Direct Funds: | $50,000 |

| | |
|---|---|
| Title: | Grants for Injury Control Research Centers – Core A |
| Source: | Centers for Disease Control and |

|  |  |
|---|---|
|  | Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2001 - 2006 |
| Direct Funds: | $137,380 |

|  |  |
|---|---|
| Title: | Deaths to US Travelers Abroad |
| Source: | Center for Disease Control and Prevention |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2002 |
| Direct Funds: | $50,000 |

|  |  |
|---|---|
| Title: | Annie E. Casey Foundation |
| Source: | Annie E. Casey Foundation |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2002 |
| Direct Funds: | $68,181 |

|  |  |
|---|---|
| Title: | Toward Regional Priorities for Injury Prevention |
| Source: | Wisconsin Department of Health and Family Services |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2003 |
| Direct Funds: | $22,727 |

|  |  |
|---|---|
| Title: | Public Health Injury Surveillance and Program Development |
| Source: | Injury Prevention Program, Wisconsin Dept of Health and Family Services |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2005 - 2006 |
| Direct Funds: | $93,228 |

|  |  |
|---|---|
| Title: | Strengthening Public Health Policymaking for a Healthier Milwaukee |
| Source: | Healthier Wisconsin Partnership Program |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2006 - 2008 |
| Direct Funds: | $49,816 |

|  |  |
|---|---|
| Title: | Youth Suicide Prevention and Early Intervention |
| Source: | Milwaukee Mental Health Association via Substance Abuse and Mental Health Services Administration |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2006 - 2009 |
| Direct Funds: | $100,000 |

|  |  |
|---|---|
| Title: | Changing the Culture of Risky Drinking Behavior |
| Source: | Healthier Wisconsin Partnership Program |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2007 - 2008 |

| | |
|---|---|
| Direct Funds: | $49,944 |
| Title: | Public Health Injury Surveillance and Program Development |
| Source: | Injury Prevention Program, Wisconsin Dept of Health and Family Services |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2007 - 2008 |
| Direct Funds: | $106,034 |
| | |
| Title: | Train the Trainer Alcohol Screening and Intervention |
| Source: | Wisconsin Department of Transportation |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 06/2008 - 09/2008 |
| Direct Funds: | $20,000 |
| | |
| Title: | Kenosha County Suicide Prevention Initiative |
| Source: | Healthier Wisconsin Partnership Program |
| PI: | Stephen W. Hargarten, MD, MPH |
| Dates: | 2008 - 2011 |
| Direct Funds: | $450,000 |

## INVITED LECTURES/WORKSHOPS/PRESENTATIONS:

### International

Injury Prevention: A Crucial Aspect of Travel Medicine, Third Biennial International Travel Medicine Society Meeting, Paris, France, 04/26/1993

The Public Health Challenge and the Model Firearm Injury Reporting System, Plenary Presentation, Aiming for Prevention: International Medical Conference on Small Arms, Helsinki, Finland, 09/28/2001 - 09/30/2001

Firearm suicides: A two-state comparison", 6th World Conference on Injury Prevention and Control, Quebec, Canada, 05/12/2002 - 05/15/2002

Medical Injury, Grand Rounds at the University of Western Ontario, Ontario, Canada, 01/24/2003

Epidemiology of Travel-Related Injury & Death, 11th Conference of the International Society of Travel Medicine, Budapest, Hungary, 05/26/2009

The Emergency Department and Systems Approach to Emergency Medicine, 29th Belize Medical and Dental Association International Pre-Congress, Belize City, Belize, 10/19/2010

Trauma Evaluation and Management, TEAM, 29th Belize Medical and Dental Association International Pre-Congress, Belize City, Belize, 10/20/2010

The Team Approach to Caring for Acutely Injured Patients, Jao Tong University, Xinhua Hospital, Shanghai, China, 11/09/2010

### National

Travel-related mortality, Travel Medicine Conference, Seattle, WA, 05/1988

Travel-related mortality, Travel Medicine Update Conference, Seattle, WA, 05/1990

Firearm Injuries: Public Policy Issues, Data Sources for Firearms Injuries, American Public Health Association, Washington, DC, 11/1992

State of the Art Session on Injury Control, Society for Academic Emergency Medicine, San Francisco, CA, 05/1993

Alcohol and Medicine: An Emergency Medicine Perspective, Association of American Medical Colleges, Washington, DC, 11/1993

Injury Control and Emergency Medicine, American College of Emergency Physicians Scientific Assembly, Orlando, FL, 09/1994

Trauma Systems, American College of Emergency Physicians Scientific Assembly, Orlando, FL, 09/1994

Committee on Transportation and Infrastructure Subcommittee on Surface Transportation, Advocates for Highway and Auto Safety, Washington, DC, 03/1995

Tracking the Epidemic, Third Annual HELP Network Conference: Promoting Public Policy for the Public's Health, Washington, DC, 11/1995

Injury Prevention and Control for Emergency Medicine, Department of Emergency Medicine, University of Pittsburgh Medical Center, Pittsburgh, PA, 05/1996

The Milwaukee County Firearm Injury Reporting System, Healthy People, National Health Promotion and Disease Prevention Objectives, Violent and Abusive Behavior - 1996 Progress Review, Washington, DC, 11/26/1996

The Johns Hopkins School of Public Health and Hygiene, Gun Policy and Research Center, Baltimore, MD, 12/03/1996 - 12/06/1996

The Nature and Scope of Firearm Injury Research: Issues and Challenges, Visiting Professor, The Johns Hopkins School of Public Health and Hygiene, Baltimore, MD, 12/03/1996 - 12/06/1996

Futures in Emergency Medicine Research Conference, Macy Foundation, Washington D.C., March 1997, Washington, DC, 03/1997

National HELP Conference -Tracking the Firearm Epidemic National Conference, Washington, DC, 04/1997

Firearm Injury Surveillance, The 5th Annual Citizens' Conference to Stop Gun Violence, The Educational Fund to End Handgun Violence, Washington DC, 11/13/1998 - 11/14/1998

The Scientist as Policy Advocate: Clarifying the Issues and Framing the Data for Effective Policy Development and Debate, 1999 Society for Academic Emergency Medicine Annual Meeting, Boston, ME, 05/23/1999

Guns, Cars & Death: A View From a Room, Department of Emergency Medicine and Division of Traumatology and Surgical Critical Care Grand Rounds, Philadelphia, PA, 07/09/1999

Counting Firearm-related Deaths: A case study for better surveillance and knowledge through data linkage, Emergency Medicine New England Conference, Newport, RI, 08/11/1999 - 08/13/1999

Better Data, Safer Guns Equals Fewer Injuries, Gun Violence Forum, Entertainment Industries Council, Los Angeles, CA, 11/03/1999 - 11/04/1999

Firearms: The Need for Better Information and Safer Guns, Commission for the Prevention of Youth Violence, American Medical Association, Houston, TX, 05/09/2000

US Citizen Deaths Abroad: What we know, don't know, and need to know to prevent them, Occupational Health Conference, Philadelphia, PA, 05/14/2000

Injury Control of Gun Shot Wounds, Advances in Trauma, American College of Surgeons, Kansas City, MO, 12/08/2000

What We Don't Know is Killing Us: The Need for Better Data about Firearm Injuries and Deaths, National Academy of Sciences Committee on Law and Justice, Washington, DC, 08/30/2001

Relationship of household gun ownership to firearm suicide rates in Wisconsin communities, American Public Health Association, 129th Annual Meeting, Atlanta, GA, 10/20/2001 - 10/24/2001

Firearm suicide: The Wisconsin experience, 1999, American Public Health Association, 129th Annual Meeting, Atlanta, GA, 10/20/2001 - 10/24/2001

Firearm Injury Data Systems, AMA Science Reporters Conference, San Francisco, CA, 10/30/2001

Linking the gun with homicides and suicides: A model analysis of the who, when, and where of the gun's first purchase, American Society of Criminology, Atlanta, GA, 11/06/2001 - 11/10/2001

Improve Research Information and Data on Firearms, National Academy of Science Committee, 2nd Meeting, Irvine, CA, 11/15/2001

Firearm suicide in Wisconsin 1999: Urban/rural and age-related patterns, Mobilizing for a Safe USA, Atlanta, GA, 12/03/2001 - 12/05/2001

Emergency Medicine Advocacy: A Model Discussion, Northwestern University, Department of Emergency Medicine, 12/2001

Gun Violence and Gun Policy Conference, Brookings Institute, Washington, D.C., 01/25/2002

Emergency Medicine and Advocacy, Department of Emergency Medicine Grand Rounds at Johns Hopkins School of Medicine, Baltimore, MD, 01/31/2002 - 01/03/2002

The Public Health Approach to Reducing Firearm Injuries, 13th Annual Trauma Symposium for Coastal Area Health Education Center, Wilmington, NC, 02/09/2002

Suicide among Wisconsin farmers, American Association of Suicidology, 35th Annual Conference, Bethesda, MD, 04/10/2002 - 04/13/2002

Youths and Guns, Gun Violence Workshop, The National Academies National Research Council Institute of Medicine, Washington, D.C., 09/16/2002

Advocacy In Emergency Medicine, Grand Rounds at the University of Alabama Birmingham, Birmingham, AL, 11/20/2002

Emergency Medicine Leadership, University of Alabama-Birmingham, Department of Emergency Medicine, 11/2002

Planning for a State Violent Death Reporting System, National Violent Death Reporting System Implementation Training, Atlanta, GA, 01/16/2003 - 01/17/2003

The National Violent Death Reporting System: It's About Time We're Connecting-the-Dots for Injury Prevention, University of North Carolina Injury Prevention Research Center Seminar, Chapel Hill, NC, 03/17/2003 - 03/19/2003

Emergency Medicine Leadership in the 21st Century: Guns and Cars, Acute Care, and Injury Prevention, University of North Carolina Injury Prevention Research Center Seminar, Chapel Hill, NC, 03/17/2003 - 03/19/2003

Medical Examiner and Coroner Data for Public Health: A Model Linked System, Institute of Medicine Workshop on the Medicolegal Death Investigation System, Washington, DC, 03/23/2003 - 03/25/2003

Emergency Medicine Leadership, Brown University, Department of Emergency Medicine, 03/2005

Emergency Medicine Leadership, Yale University, Section of Emergency Medicine, 04/2005

From the Bedside to the Community and Beyond: The Physician's Role in Injury Prevention and Control, Grand Rounds, Philadelphia, PA, 10/23/2007

Guns and Cars: A Tale of Product Design Flaws Linked with Death & Injury, Trauma Conference Kent State University, Canton, OH, 11/07/2008

The Public Health Approach to Violence Prevention in Health Care Settings, International Association for Healthcare Security and Safety Conference, Baltimore, MD, 06/22/2009

**Regional**

Fire-safe cigarettes, Illinois Public Health Association, Chicago, IL, 05/1990

Injury Prevention and Control and Emergency Medicine, Department of Emergency Medicine, University of Missouri-Kansas City School of Medicine, Kansas City, MO, 06/1994

Firearm Injuries and Deaths: Reshaping the Discussion, Department of Emergency Medicine, University of Missouri-Kansas City School of Medicine, Kansas City, MO, 06/1994

Integrated Firearm Injury Reporting System: A Model for Communities, Second Annual HELP Conference, Chicago, IL, 10/1994

Violence and Firearms: Reshaping the Discussion and Restructuring the Prevention Strategies, Forum on Youth Violence Conference, Wisconsin AODA Education Network, Stevens Point, WI, 10/1994

Injury Control, Grand rounds, Department of Emergency Medicine, William Beaumont Hospital, Department of Emergency Medicine, Royal Oak, MI, 03/1995

Emergency Medicine Research: A View from the Riverbank, Faculty Development Seminar Series, University of Illinois at Chicago, Department of Emergency Medicine, Chicago, IL, 03/1995

Rural Trauma/Rural Violence, Day of Country Medicine Conference, Howard Young Medical Center, Minocqua, WI, 09/1995

Monitoring Firearm Injuries, National Violence Prevention Conference, Des Moines, IA, 10/1995

Guns and Violence: The Tragic Cost, National Violence Prevention Conference, University of Iowa, Des Moines, IA, 10/1995

The Milwaukee County Firearm Injury Reporting System, Visiting Professor, Department of Emergency Medicine, University of Pittsburgh Medical Center, Pittsburgh, PA, 05/1996

Scope and Nature Of Firearm Injury Research: Issues and Challenges, Injury Prevention Research Center, Iowa City, IA, 02/1998

Preventing Firearm Injury: Protecting Our Children, Firearm Injury Prevention Training Conference, Chicago, IL, 03/14/1998 - 03/15/1998

Public Health Strategies to Address Family Violence, National Advisory Council on Family Violence, Rosemont, IL, 04/04/1998

Travel Health: Clinical Issues for Occupational and Environmental Health Providers, American Occupational Health Conference, Philadelphia, PA, 05/18/2000

To Be or Not To Be a Physician Scientist Advocate: That is the Question, Emergency Medicine Spring Research Forum, University of Michigan, Ann Arbor, MI, 05/2000

The Public Health Approach to Reducing Firearm Injuries, AMA Key Stakeholders Meeting, Oak Brook, IL, 11/2001

Emergency Medicine Advocacy, Northwestern University, Chicago, IL, 12/19/2001

The Physician Scientist as Advocate, The Spivey Lecture, Society for Academic Emergency Medicine Annual Meeting, St. Louis, Missouri, 05/16/2002

The Public Health Approach to reducing firearm related deaths, Coalition Against Gun Violence, Cleveland, Ohio, 06/06/2002

Injury Prevention: Creating an Agenda for Action, Springfield, IL, 07/31/2002

Nonfatal Gun Injuries – What We Know, Don't Know and Need to Know, The 7th HELP Network Conference, Chicago, Illinois, 10/27/2002

Causes of Gun Crime, American Society of Criminology Conference, Chicago, IL, 11/12/2002

Reducing Firearm Injuries and Death: A Public Health Approach, Trauma Conference, Kent State University, Canton, OH, 11/07/2008

**Local**

Motor Vehicle Crashes and Seat Belts, Beloit Memorial Hospital, Beloit, WI, 05/1987

Drownings: Acute care and prevention, American Red Cross - Milwaukee Chapter, Milwaukee, WI, 01/1991

Firearms and Children, Wisconsin Nurse Practitioners Conference, Madison, WI, 11/1991

EMTs and Injury Prevention: It's in our job description, American Trauma Society - Wisconsin Division, Milwaukee, WI, 12/1991

Data Sources for Firearms Injuries: Problems and Opportunities, Milwaukee Academy of Medicine, Milwaukee, WI, 11/1992

Boating Injuries and Deaths: Challenges for Emergency Medical Services, American Trauma Society - Wisconsin Division, , Stevens Point, WI, 12/1992

Facial Injuries: Epidemiology, Acute Care, and Prevention, Wisconsin Emergency Medical Technician Association Annual Meeting, Milwaukee, WI, 01/1993

Firearms Deaths and Injuries, Emergency Nurses Association - Milwaukee Chapter, Milwaukee, WI, 01/1993

Advocacy in Public Health Workshop, Wisconsin Public Health Association Annual Conference, Appleton, WI, 06/1993

Violence and the Elderly, Wisconsin Chapter American College of Emergency Physicians Annual Conference, LaCrosse, WI, 09/1993

Handguns: Taking Aim at the Problem, Emergency Nurses Association Annual Meeting, LaCrosse, WI, 09/1993

Firearm Injuries and Deaths: Reshaping the Discussion, Milwaukee Forum, Milwaukee, WI, 11/1993

Injury Patterns of Motor Vehicle Crashes, Wisconsin EMT Association Annual Conference, Milwaukee, WI, 01/1994

Firearm Injuries and Deaths: Reshaping the Discussion, Columbia Hospital Grand Rounds, Milwaukee, WI, 02/1994

The Science of Injury Prevention: A Framework for Violence Prevention, The University of Wisconsin - Milwaukee, School of Nursing, Continuing Education and Outreach Program, Milwaukee, WI, 03/1994

Firearm Injury and Death Problems in the United States, Wisconsin, and Milwaukee, Wisconsin Coroners & Medical Examiners Association, Oshkosh, WI, 06/1994

Firearm Violence: A Public Health Issue, Marquette University College of Nursing, Milwaukee, WI, 01/1995

Proposal to Establish a Reporting System for Firearm Injuries, Public Issues Consortium, 12th Annual Legislative Breakfast, Milwaukee, WI, 01/1995

Firearms, Violence and Prevention, Public Issues Committee, Family Service of Milwaukee, Milwaukee, WI, 03/1995

Understanding How to Access Health Care Delivery Systems II Conference, Milwaukee Regional Medical Complex, Milwaukee, WI, 03/1995

Firearm Injuries and Deaths, Department of Psychiatry, University of Wisconsin - Madison Medical School, Milwaukee, WI, 03/1995

Violence Prevention, State Medical Society of Wisconsin Alliance, 66th Annual Convention, Milwaukee, WI, 04/1995

Strategies to Reduce Firearm Deaths, Wisconsin Council of Administrators of Special Services, Ltd., Madison, WI, 05/1995

Firearm Injury Prevention for Primary Care Physicians, Family Practice Grand Rounds, Waukesha Memorial Hospital, Waukesha, WI, 08/1995

Milwaukee County Firearm Injury Reporting System: A Model for Injury Prevention, State of Wisconsin, Department of Health and Social Services, Milwaukee Managed Care Forum, Milwaukee, WI, 08/1995

Firearm Violence and Gun Control in America, Panel participant at the Wisconsin Surgical Society meeting, Lake Geneva, 09/1995

Injury and Violence Prevention: Confronting the Crisis, 69th National School Health Conference of the American School Health Association, Milwaukee, WI, 10/1995

Firearm Injury Surveillance System, 1996 Attorney General's Law Enforcement Conference, Stevens Point, WI, 05/1996

Teenage Violence, Tenth Annual Summer Trauma Symposium. Paper Valley Hotel & Conference Center, Appleton, WI, 06/1996

Firearm Injury Prevention: A Model Strategy, Medical College of Wisconsin, Winter Refresher Course for Family Physicians, Pfister Hotel, Milwaukee, WI, 01/30/1997

Firearm Injury Prevention: A Model Strategy, Medical College of Wisconsin, Winter Refresher Course for Family Physicians, Milwaukee, WI, 01/30/1997

Emergency/Trauma Medicine, heboygan Memorial Medical Center, Knights of Columbus Center, Sheboygan, WI, 02/18/1997

Lafollette Institute-Public Health Model for Reducing Firearm Injuries and Deaths, Madison, WI, 04/1997

Adult Option of the Masters Program in Nursing, Medical College of Wisconsin, Fall Semester, Marquette University College of Nursing, Milwaukee, WI, 08/24/1997 - 12/06/1997

Mechanism of Injury, Flight For Life's Trauma Nurse Specialist Course, Flight For Life, Milwaukee, WI, 02/04/1998

Taking Aim at Cars and Guns, Skills Fair 1998, Shared Governance Development Council, Milwaukee, WI, 03/26/1998

Rapid Deceleration Injuries Involving Recreational Vehicles, Flight For Life's Annual Emergency Services Conference: Trends and Issues 1998, Milwaukee, WI, 03/31/1998

Rapid Deceleration Injuries Involving Recreational Vehicles, Flight For Life's Annual Emergency Services Conference: Trends and Issues 1998, Milwaukee, WI, 04/04/1998

Bridging the Gap between Information and Policy: a Public Health Approach to Reducing Firearm Injuries, Conference of Wisconsin Network for Health Policy Research, Madison, WI, 11/04/1999 - 11/05/1999

Understanding State-of-the-Art Treatment & Prevention of Firearm Injuries, National Conference for Health Care Professionals, Milwaukee, WI, 12/10/1999 - 12/11/1999

Trauma Care in the State of Wisconsin, 2000 Annual Meeting of the Wisconsin Chapter of the American College of Surgeons, Waukesha, WI, 12/02/2000

Highlights of the Firearm Injury Reporting System's first statewide report: Investigating regional differences, 13th Annual Milwaukee County Medical Examiners Office Forensic Science Seminar, Milwaukee, WI, 09/2001

Identification and Classification of Homicide in Wisconsin 2000: A Comparison of Two Data Systems, Medical College of Wisconsin 2001 Student Research Forum, Milwaukee, WI, 10/04/2001

Demonstrating the Linkage of Data Sets from the Firearm Injury Center and the City of Milwaukee Using Geographic Information System Analysis, Medical College of Wisconsin 2001 Student Research Forum, Milwaukee, WI, 10/04/2001

Firearm Homicide in Milwaukee and the Progress of the Firearm Injury Reporting System, The Milwaukee Fire and Police Commission, Milwaukee, WI, 10/18/2001

The relationship between health providers and law enforcement: Information sharing and lessons learned in the Firearm Injury Reporting System, 30th Annual Conference on Value Inquiry – Values in Health Care: Past, Present and Future, Milwaukee, WI, 04/04/2002 - 04/06/2002

Travel related injury prevention for students, NAFSA Conference, Milwaukee, WI, 04/18/2002

To Be or Not To Be: Case Studies in Injury Control and Advocacy, Seminar on Gun Violence, University of Wisconsin, Population Health Institute, Madison, WI, 12/2005

Injury Policy Forum, EMSC Policy Forum, Monona Terrace, Madison, WI, 03/21/2006

Burden of Injury in Wisconsin: Spelling It Out, Injury Summit, Holiday Inn, Neenah, WI, 10/25/2006

2007 Global Health and Social Justice Conference, University of Wisconsin-Milwaukee College of Nursing, Milwaukee, WI, 03/29/2007

Public Health Approach to Reducing the Burden of Suicide, Grand Rounds for Psychiatry, St. Joseph's Outpatient Conference Center, Milwaukee, WI, 06/20/2007

The Public Health Approach to Reduce Alcohol Related Injury and Death, Noon Conference for Gundersen Lutheran Trauma & Emergency Center, LaCrosse, WI, 11/01/2007

Panel on Urban Studies Programs, 2nd Annual Henry W. Maier State of Milwaukee Summit, Milwaukee, WI, 04/30/2008

Guns and Cars: Stories for preventing car and gun related deaths, Grand Rounds, Columbia-St. Mary's, Milwaukee, WI, 06/13/2008

Town Hall Meeting – Status of Impaired Driving in Wisconsin, MADD, NHTSA, DOT, Middleton, WI, 08/14/2008

Gun Violence" for Grand Rounds, Mount Sinai Hospital, Milwaukee, WI, 10/17/2008

## COMMITTEE SERVICE:

### Medical College of Wisconsin

1992 - 1995 Member, Nominating Committee, Medical College of Wisconsin

1994 - Present Member, Executive Committee of the Faculty, Medical College of Wisconsin

1995 - Present Member, Clinical Practice Group Committee, Medical College of Wisconsin

1997 Member, Intramural Review Committee, Department of Family Medicine

1997 - 2000 Member, Joint Management Cabinet, Froedtert & Medical College

1998 - 2003 Member, Faculty Career Development Advisory Committee, Medical College of Wisconsin

1998 Chair, Ad Hoc Committee for M3/M4 Curriculum

1998 - Present Member, Curriculum and Evaluation Committee, Medical College of Wisconsin

1999 Member, Intramural Review Committee, Medical College of Wisconsin

2000 - Present Board Member, Medical College Physicians, Medical College of Wisconsin

2000 Member, Search Committee, Medicine, Medical College of Wisconsin

2005 - Present Member, Froedtert Credential Committee

2005 - Present Member, MCP Finance Committee

2006 - Present Editorial Board, HealthLink, Medial College of Wisconsin

## MCW TEACHING ACTIVITIES:

### Medical Student Education

03/1993 Biostatistics & Epidemiology Course, First Year Medical Students

06/1993 Advanced Cardiac Life Support Instructor/Airway Management, Dysrhythmia Recognition

06/1993 Advanced Trauma Life Support Instructor/Shock Lecture

01/1994 "Firearm Injury and Death Problems in the United States, Wisconsin, and Milwaukee."

12/1994 - 12/1999 Wound Management." Medical Student Lecture/Workshop

11/1995 "Violence as a Public Health Issue." First Annual Forum - The Changing Urban Health Care Environment: Ethical Implications. Sponsored by the Center for Ethics Studies, Marquette University, and

11/1995 "Firearm Injuries and Deaths: Epidemiology and Prevention." Pathology lecture to medical students

1995 - 1999 "Firearm Injuries and Deaths." Department of Epidemiology, medical students lecture

09/1996 "Firearm Injury Epidemiology." Epidemiology seminar of the Health Policy Institute

1996 - 1999 "Acute Trauma Care & Prevention." AIM Program

10/18/2001 "Injury Research Center at MCW", EPI Seminar Series

02/08/2011 - Present "Health Policy and Physician Advocacy" M4 Selective, Family Medicine

### Resident and Fellow Education

12/07/1993 "Alcohol and Health: Emergency Medicine View from the Bottom of the Bottle."

01/1994 "Injury Prevention." Department of Pediatrics Research Seminar Series

11/1994 "Trauma Systems: Who, What, Where?" Surgery Grand Rounds

12/1994 "Trauma Systems: Where Does Emergency Medicine Fit In?". Emergency Medicine Grand Rounds

03/1996 "Propeller Injuries." Flight for Life Lecture

02/13/1997 "Bags, Belts, and Bruises." Emergency Medicine Grand Rounds

11/02/2007 "Gunshot Wounds: An Integrated Approach to a Biosocial Disease", Integrated Grand Rounds

07/2008 "Wound Ballistics", Emergency Medicine Grand Rounds Lecture

10/2008 "Department Administrator Update", Emergency Medicine Grand Rounds Lecture

03/10/2011 "Wound Ballistics", Emergency Medicine Grand Rounds

### Continuing Medical Education

06/10/1993 "Firearm Deaths and Injuries: Lessons from the 1960s and the Corvair." Health Policy Institute Seminar

11/1995 "Issues & Challenges of Gunshot Wound Research." J. (Deke) Farrington, MD, Trauma Visiting Professorship presented by the Section of Trauma & Emergency Surgery of the Medical College of Wisconsin

04/16/2002 "Firearm suicide: The Wisconsin experience 2000", 10th Annual Emergency Medicine Research Forum

**EXTRAMURAL TEACHING:**

**Medical Student Education**

1989 - 1991 Basic Trauma Life Support Course Director

1991 - Present Wound Management Course

07/1992 Introduction to Advanced Cardiac, Life Support

1992 - 1994 POMP Students

03/1993 Biostatistics Course Lecturer

07/1993 Froedtert Memorial Lutheran Hospital, "The Epidemiology of Firearm Deaths and Injuries." Surgery Grand Rounds

07/1993 Introduction to Clinical Medicine Lecture

03/1995 Milwaukee Regional Medical Complex, Flight for Life, "Patterns of Injury and Opportunities for Prevention."

01/29/1997 Milwaukee Regional Medical Center, "Mechanism of Injury." Trauma Nurse Specialist Course, Flight for Life

02/1998 - 04/1998 Medical College of Wisconsin Graduate School, "Epidemiology of Unintentional and Intentional Injuries", Course Director, Medical Student Lecture

05/12/2010 Children's Hospital and Health System, "Alcohol and Youth: Big Problem with a Hospital Based Intervention", Pediatric Trauma Grand Rounds

**Resident and Fellow Education**

07/1992 Children's Hospital of Wisconsin Grand Rounds, "Firearms and Children."

07/13/2006 Medical College of Wisconsin and Froedtert Hospital, "Emergency Medicine Update", Grand Rounds Lecture

07/05/2007 Medical College of Wisconsin and Froedtert Hospital, "Injury Prevention", Emergency Medicine Grand Rounds Lecture

12/04/2007 Children's Hospital of Wisconsin, "Firearm Related Injury: Myths, Physiology & Epidemiology", Pediatric Trauma Grand Rounds

12/2008 Medical College of Wisconsin and Froedtert Hospital, "Alcohol Related Illness in the ED", Emergency Medicine Grand Rounds Lecture

**Continuing Medical Education**

03/1993 Mechanisms of Injury." Trauma Nurse Specialist Course: Flight for Life

01/1996 Froedtert Memorial Lutheran Hospital, "Scope and Nature of the Firearm Injury and Death Problem." Fourth Annual Firearms Seminar

02/1996 Milwaukee Regional Medical Center, "Mechanisms of Injury." Trauma Nurse Specialist Course. Flight for Life

06/21/2000 Medical College of Wisconsin , Advanced Trauma Life Support, Instructor

03/18/2009 Wheaton Franciscan Healthcare, "Reducing the Public Health Burden of Suicide: A View From the Room" for Department of Psychiatry and Behavioral Medicine Grand Rounds

**BIBLIOGRAPHY**

**Refereed Journal Publications/Original Papers**

1. Cunningham R, Sachs C, Gore R, Barata I, Gates D, Hargarten S, Josephson E, Kamat S. Workplace Violence in Emergency Medicine: Current Knowledge and Future Directions (Submitted)

2. Webb T, Winthrop A, Klingbeil F, Hein L, Czinner M, Christiansen C, Hargarten S, Simpson D. Using an Inter professional Approach to Teach about the Disease of Injury. Wisconsin Medical Journal, 2011

(Accepted)

3. Schlotthauer AE, Guse CE, Brixey S, Corden TE, Hargarten SW, Layde PM. Motor Vehicle Crashes Associated with Alcohol: Child Passenger Injury and Restraint Use, American Journal of Preventive Medicine, 2011 (In Press)

4. Villaveces A, Christiansen A, Hargarten SW. Developing a Global Research Agenda on Violence and Injury Prevention: A Modest Proposal, Injury Prevention, 2010

5. Pribble JM, Fowler EF, Karmat SV, Wilkerson WM, Goldstein KM, Hargarten SW. Communicating Emerging Infectious Disease Outbreaks to the Public Through Local Television News: Public Health Officials as Potential Spokespeople, Disaster Medicine and Public Health Preparedness, 2010; (4) 220-5.

6. Runyan CW, Hargarten S, Hemenway D, Peek-Asa C, Cunningham RM, Costich J, Gielen AC. An Urgent Call to Action in Support of Injury Control Research Centers, Am J Prev Med, 2010; 39(1)89-92.

7. Houry D, Cunningham RM, Hankin A, James T, Bernstein E, Hargarten, S. Violence Prevention in the Emergency Department: Future Research Priorities, Journal of Acad Emerg Med, November 2009; 16(11),1089-95.

8. Tonellato DJ, Guse CE, Hargarten SW. Injury Deaths of US Citizens Abroad: New Data Source, Old Travel Problem. J Travel Med 2009.

9. Wanta BT, Schlotthauer AE, Guse CE, Hargarten SW. The Burden of Suicide in Wisconsin's Older Population. Wisconsin Medical Journal 2009; 108(2), 87-93.

10. Hanrahan R, Layde P, Zhu S, Guse C, Hargarten S. The Association of Driver Age with Traffic Injury Severity in Wisconsin. Traffic Injury Prevention, 2009; 10(4), 361-367.

11. Cunningham R, Knox L, Fein J, Harrison S, Frisch K, Walton M, Dicker R, Calhoun D, Becker M, Hargarten SW. Before and After the Trauma Bay: The Prevention of Violent Injury Among Youth. Ann Emerg Med. April 2009; 53(4) 490-500.

12. Meisel ZF, Hargarten S, Vernick J. Addressing Prehospital Patient Safety Using the Science of Injury Prevention and Control. Prehospital Emergency Care. 208; 12:4, 411-16.

13. Layde PM, Meurer LN, Guse CE. Yang H, Laud P, Meurer JR, Grube J, Brasel KJ, Hargarten S. Confidential Performance Feedback and Organizational Capacity Building to Improve Hospital Patient Safety: Results of a Randomized Trial. In Advances in Patient Safety: New Directions and Alternative Approaches; July 2008, AHRQ Publication Nos. 08-0034, Vol 2.

14. Pribble JM, Trowbridge MJ, Kamat SV, Fowler EF, Goldstein KM, Hargarten SW: Injury Reporting on Local TV News: A Prime-Time Opportunity for Prevention, May 2008; 34(5), 420-23.

15. Pan S, Hargarten S, Zhu S. School Bus and Traffic Safety. Chinese Journal of Tramaology. August 2007.

16. Guse C, Cortés L, Hargarten S, Hennes H. Fatal injuries of US citizens abroad. J Travel Med. 2007; 14 (5), 279-287.

17. Phelan MB, Falimirski ME, Simpson, Czinner ML, Hargarten SW. Competency-based strategies for injury control and prevention curricula in undergraduate medical education. Injury Prevention. 2007; 13(1):6-9.

18. Heng K, Hargarten SW, Craven A, Layde P, Zhu S. Motor vehicle crashes and moderate alcohol Intake - Conflict Between Health Advantage and At-Risk Use. Alcohol & Alcoholism. 2006;41:451-54

19. Cortes LM, Hargarten SW, Hennes HM. Recommendations for water safety and drowning prevention for travelers. J Travel Med. 2006; 13(1): 21-34.

20. Zhu S, Layde P, Guse C, Laud P, Pintar F, Nirula R, Hargarten S. Obesity and risk for death due to motor vehicle crashes. American Journal of Public Health, April 2006;94(4):#1-6

21. Allen S, Zhu S, Sauter C, Layde P, Hargarten S. A Comprehensive Statewide Analysis of Seatbelt Non-Use with Injury and Hospital Admissions: New Data, Old Problem. Academic Emergency Medicine. 2006;13:427-34.

22. Glysch RL, Hale, LJ, Nie C, Hargarten SW. Wisconsin's violent death reporting system: Monitoring and responding to Wisconsin's violent deaths. WMJ 2005;104(1);17-19.

23. Pan S, Chen E, Zhu S, Layde P, Pirrallo R, Hargarten S. Epidemiology Characteristics of Road Traffic Injury in China. Chin J Emerg Med. 2005;14(9):709-14.

24. Sauter C, Zhu S, Allen S, Hargarten S, Layde P: Increased Risk of Death or Disability in Unhelmeted Wisconsin Motorcyclists. WMJ. 2005; 104 (2): 39-44.

25. Shiffler T, Hargarten SW, Withers RL. The burden of suicide and homicide of Wisconsin's children and youth. WMJ 2005;104(1):62-67.

26. Milne JS, Hargarten SW, Kellerman AL, Wintemute GJ: Effect of current federal regulations on handgun safety features. Ann Emerg Med January 2003; 41(1):1-9.

27. Hargarten SW: The Physician's Role in Preventing Small Arms Injury. Medicine Conflict and Survival. 18(4): 389-393, Oct.-Dec. 2002.

28. Kuhn EM, Nie CL, O'Brien ME, Withers RL, Wintemute GJ, Hargarten SW. Missing the target: A comparison of buyback and fatality-related guns. Injury Prevention 8:143-146, 2002.

29. Layde P, Maas L, Teret S, Brasel K, Kuhn E, Mercy J, Hargarten SW. Patient Safety Efforts Should Focus on Medical Injuries. JAMA 287(15):1993-7, 2002.

30. Hargarten SW. Docs and cops: A collaborating or colliding partnership? Ann Emerg Med 2001; 38:438-440.

31. Hargarten SW. Three shots, two dead, five errors, one gun: A recipe for prevention? Ann Emerg Med 2001; 37:340-341.

32. Cortes L, Hargarten SW. Preventive care in the emergency department: a systematic literature review on emergency department-based interventions that address smoke detectors in the home. [Review] [21 refs] Academic Emergency Medicine. 8(9):925-9, 2001.

33. Nie C, Hargarten SW. Wisconsin needs to support death investigation: Here's why. Wis Med J 2001;100(2): 60-62.

34. Brasel K, Layde P, Hargarten SW. Evaluation of Error Medicine: Application of a Public Health Model. Academic Emergency Medicine November 2000; 7: 1298-1300.

35. Hargarten SW, Kuhn EM, Mercy JA, Withers RL, Nie CL, O'Brien ME. Suicide guns: why collect the information? Injury Prevention 2000;6:245-246.

36. Barber C, Hemenway D, Hargarten SW, Kellermann A, Azrael D, Wilt S. "Call to arms" for a national reporting system on firearm injuries. Am J Public Health. 2000;90:1191-93.

37. Hootman JM, Annest JL, Mercy JA, Ryan GW, Hargarten SW: National estimates of non-fatal firearm related injuries other than gunshot wounds. Jour Inj Prev 6(4):263-267, 2000.

38. Cisler RA, Hargarten SW: Public health strategies to reduce and prevent alcohol-related illness, injury and death in Wisconsin and Milwaukee County. WMJ, June 2000, 71-78.

39. Withers RL, Mercy JA, Hargarten SW: Public health: A successful paradigm applied to firearm injuries. WMJ 99(1):48-50, 2000.

40. Milne J, Hargarten SW: Handgun safety features: A review for physicians. J Trauma: Injury, Infection and Critical Care 47(1):145-150, 1999.

41. Vernick JS, Meisel ZF, Teret SP, Milne JS, Hargarten SW: "I didn't know the gun was loaded": an examination of two safety devices that can reduce the risk of unintentional firearm injuries. Journal of Public Health Policy 20(4):427-440, 1999.

42. Milne J, Hargarten SW: The availability of extrinsic handgun locking devices in a defined metro area. WMJ 98(7):25-28, 1999.

43. Wolff M, Pirrallo RG, Hargarten SW: Strengthening emergency medicine in Poland: A training and partnership model. Acad Emerg Med 5(12):1187-1192, 1998.

44. Freed LH, Vernick JS, Hargarten SW: Prevention of firearm-related injuries and deaths among youth--a product orientated approach. Pediatric Clinics of North America 45(2):427-438, 1998.

45. Fox J, Stahlsmith L, Remington P, Tymus T, Hargarten S: The Wisconsin firearm-related injury surveillance system. Am J Prev Med 15(3S):101-108, 1998.

46. Teret SP, Defrancesco S, Hargarten SW, Robinson KD: Making Guns Safer. Issues in Science and Technology, 14(4): 37-40, 1998..

47. Mannenbach M, Hargarten SW, Phelen MB: Alcohol use among injured patients aged 12 to 18 years. Acad Emerg Med 4(1): 40-44, 1997.

48. Hargarten SW, Haskins L, Stehlsmith L, Chatterjee B, Morgan J, Remington P, Nashold R, Peterson P, Karlson T: Firearm-related deaths and hospitalizations - Wisconsin, 1994. CDC M&M Wkly Report, Sept 6, 1996: 45(35): 757-759.

49. Pollock G, Brady W, Hargarten S, DeSilvey D, Carner CT: Hypoglycemia manifested by sinus bradycardia: A report of three cases. Acad Emerg Med 3(7): 700-707, 1996.

50. Tymus TA, O'Brien ME, Hargarten SW: Wisconsin firearm injury surveillance system development: A comparison of medical examiner/coroner data. WMJ 95(5):277-282, 1996.

51. Hargarten SW, Anderson A, Walker J, Barboriak JJ.: Travel of U.S. citizens after coronary artery bypass surgery. J Travel Med 1996; 3(1): 7-10.

52. Hargarten SW, Karlson TA, O'Brien ME, Hancock J, Quebbeman E: Characteristics of firearms involved in fatalities. JAMA 275(1): 42-45, 1996.

53. Meldon S, Hargarten SW: Ligamentous injuries of the wrist. JEM 13(2): 217-225, 1995.

54. Wang-Cheng R, Dillig K, Buthie E, Gilson I, Greaves W, Hargarten S, Nannis P: Public health strategies: To reduce firearm injuries and deaths in Milwaukee county - Executive Summary. WI Med J

572-584,1995.

55. Pirrallo RG, Wolff M, Simpson DE, Hargarten SW: Analysis of an international EMS train-the-trainer program. Ann Emerg Med 25(5): 656-659, 1995.

56. Hargarten SW, Karlson T: Motor vehicle crashes and seat belts: A study of emergency physicians procedures, charges, and documentation. Ann Emerg Med 24(5): 857-860, 1994.

57. Kellermann A, Conway C, et al: Access of Medicaid recipients to outpatient care. New Eng J Med 1994; pp1426-1430.

58. Hargarten SW, O'Brien M: Trends in motor vehicle and firearm deaths in Wisconsin: An analysis for examining prevention strategies. WI Med J 93(10): 521-524, 1994.

59. Garrison HG, Runyan CW, Tintinalli JE, Barber CW, Bordley WC, Hargarten SW, Pollock DA, Weiss HB: Emergency department surveillance: An examination of issues and proposal for a national strategy. Ann Emerg Med 24(5): 849-856, 1994.

60. Aufderheide T, Apprahamian C, Mateer J, Rudnick E, Manchester EM, Lawrence SW, Olson SW, Hargarten SW: Emergency airway management in hanging victims. Ann Emerg Med 24(5): 879-884, 1994.

61. Kefer MP, Hargarten SW, Jentzen J: Death after discharge from the emergency department. Ann Emerg Med 24(6): 1102-1107, 1994.

62. Hargarten SW, Karlson T, Vernick JS, Aprahamian C: Motorboat propeller injuries in Wisconsin: Enumeration and prevention. J Trauma 37(2): 187-190, 1994.

63. Hargarten SW: Injury prevention: A crucial aspect of travel medicine. J Trvl Med 1(1): 48-50, 1994.

64. Meldon S, Hargarten SW: Airplane vacuum toilets: An uncommon travel hazard. J of Trvl Med 1(2):104-105, 1994.

65. Bernstein E, Goldfrank LR, Kellerman AL, Hargarten SW, Jui J, Fish SS, Herbvert BH, Flores C, Caravati ME, Krishel S, et al: A public health approach to emergency medicine in preparing for the twenty-first century. Acad Emerg Med 1(3): 277-286, 1994.

66. Weesner CL, Hargarten SW, Aprahamian C, Nelson DR: Fatal childhood injury patterns in an urban setting: The case for primary prevention. Ann Emerg Med 23(2): 231-236, 1994.

67. Hargarten SW: Injury control. Acad Emerg Med 1(2): 168-171, 1994.

68. Hargarten SW, Bouc GT: Emergency air medical transport of United States citizen tourists: 1988-1990. Air Med J 12(10): 398-402, 1993.

69. Hargarten SW, Karlson T: Injury control: A crucial aspect of emergency medicine. Emerg Med Clin N Amer 11(1):255-262, 1993.

70. Lambrecht CJ, Hargarten SW: Hunting-related injuries and deaths in Montana: The scope of the problem and a framework for prevention. J of Wilderness Med 4: 175-182, 1993.

71. Walker B, Hargarten SW: Another drug-related death. J of Emerg Med 10(5): 649-650, 1992.

72. Hargarten SW: Availability of safety devices in rental cars: An international survey. Trvl Med Interntl 1992; 10(3): 109-110.

73. Hargarten SW, Hanel DP: Volar metacarpal phalangeal joint dislocation: A rare and often missed injury. Ann Emerg Med 21(9): 1157-1159, 1992.

74. Hargarten SW, Richards MJ, Anderson AJ: Cancer presentation in the emergency department: A failure of primary care. Amer J Emerg Med 10(4): 290-293, 1992.

75. Baker T, Hargarten SW, Guptill KS: Uncounted dead: Americans dying overseas. Public Health Reports 107(2): 155-159, 1992.

76. Grunert BK, Hargarten SW, Matloub HS, Sanger JR, Hanel DP, Yousif NJ: Predictive value of psychological screening in acute hand injuries. J Hand Surg -Am Vol 17(2): 196-199, 1992.

77. Hargarten SW: International travel and motor vehicle crash deaths: The problem, risks, and prevention. Trvl Med Interntl 9(3): 106-110, 1991.

78. Hargarten SW, McKinney WP: Malaria in Wisconsin 1981-1989: A review of cases and update on chemoprophylaxis. WI Med J 90(5): 215-217, 1991.

79. Hargarten SW: All terrain vehicle mortality in Wisconsin: A case study in injury control. Amer J Emerg Med 9(2): 149-152, 1991.

80. Hargarten SW, Baker TD, Guptill K: Overseas fatalities of United States citizen travelers, 1975 and 1984: An analysis of deaths related to international travel. Ann Emerg Med 20(6): 622-626, 1991.

81. Guptill KS, Hargarten SW, Baker TD: American travel deaths in Mexico: Causes and prevention strategies. West J Med 154:169-171, 1991.

82. Hargarten SW, Baker T, Baker TD: Injury deaths and American travelers. Travel Medicine: Proceedings of the First Conference on International Travel Medicine 1-64, 1988.

83. Hargarten SW, Baker SP: Fatalities in the Peace Corps: A retrospective study: 1962-1983. JAMA 254(10):

1326-1329, 1985.

## Books, Chapters, and Reviews

1. Yonas MA, Frattaroli S, Liller KD, Christiansen A, Gielen AC, Hargarten S, Olsen LM. Moving Child and Adolescent Injury Prevention and Control Research into Practice: A Framework for Translation. Injury Prevention for Children and Adolescents: Research, Practice, and Advocacy (2nd edition). American Public Health Association, 2011 (In Press).
2. Hargarten SW: Injuries and Injury Prevention. In Health Problems While Traveling pp 485-491, 2008.
3. Runge J, Hargarten SW: Injury Prevention and Control. In Emergency Medicine: Concepts and Clinical Practice, Marx J, Hockberger S, Walls R., 6th ed, Mosby, Vol 1, pp 940-951, 2006.
4. Hargarten SW, Grenfell R: Travel-related Injuries: Epidemiology and Prevention. In The Textbook of Travel Medicine and Health, HL DuPont, MD and R Steffen, MD, 2nd Edition, B.C. Decker Inc., 1999.
5. Freed LH, Vernick JS, Hargaten SW: Prevention of Firearm-related Injuries and Deaths Among Youths: A Product-Oriented Approach. In Pediatric Clinics of North America, Saunders, 45(2): 427-438, 1998.
6. Runge J, Hargarten SW: Injury Control. In Emergency Medicine: Concepts and Clinical Practice, Rosen, Barkin, 4th ed, Mosby, Vol 1, pp 397-406, 1997.
7. Karlson T, Hargarten SW: Reducing Injury and Death: A Public Health Sourcebook on Guns. Rutgers University Press, 1997
8. Hargarten SW, Gursu KG: The Travel Related Injuries, Epidemiology, and Prevention. In Textbook of Travel Medicine and Health, H.L. DuPont, MD and R. Steffen, MD, ed, B.C. Decker Inc., 1997.
9. Hargarten SW, Williams JM: Injury Prevention and the Role of the EMS Provider. In Basic Trauma Life Support for Paramedics and Advanced EMS Providers, John Emory Campbell, MD, FACEP (Ed), American College of Emergency Physicians, Brady, Prentice Hall, New Jersey, 1995.
10. Swart GL, Hargarten SW: Emergency Department Management of Intoxication with Drugs of Abuse. In Pharmacological Therapies in Drug and Alcohol Disorders, N.S. Miller, ed. Marcel-Dekker, Inc, New York, 1994.
11. Martinez R, Gardner J, et al.: "Applying an Injury Control Model to the Treatment of Motor Vehicle-Related Injuries. American College of Emergency Physicians, Dallas, Texas, 1994.
12. Hargarten SW: The Epidemiology of Travel-Related Deaths. In Travel Medicine Advisor. E. Jong and J. Keystone, eds. American Health Consultants, Atlanta, Georgia, 1990.
13. Sheridan DP, Winogrond IR, et al: The Preventive Approach to Patient Care. Elsevier Science Publishing, 1987.

## Editorials, Letters To Editor, Other

1. Hargarten S. Using Alcohol as an Excuse to Walk Away From the Patient. Milwaukee Journal-Sentinel, March 6, 2010.
2. Hargarten S, Reed J. First Step in Preventing Violent Deaths: Data. Milwaukee Journal-Sentinel, Jun 21, 2008.
3. Corden T, Hargarten S, Brixey S, Clementi B, Peterson N. Booster Seats: Inform Parents. Milwaukee Journal-Sentinel, Nov 15, 2007.
4. Hargarten SW. Docs and cops: A collaborating or colliding partnership? Ann Emerg Med October 2001;38:438-440.
5. Hargarten SW, Cortes LM. Landmines: Not Just Another Travel Risk. Journal of Travel Medicine. 8(5):229-231.
6. Hargarten SW. Three shots, two dead, five errors, one gun: a recipe for prevention? Ann Emerg Med March 2001;37:340-341.
7. Hargarten, SW, Kuhn EM, Mercy JA, Withers RL, Nie CL, Obrien ME: Suicide guns: Why collect this information? Jour Inj Prev 6(4):245-246, 2000.
8. Barber C, Hemenway D, Hargarten S, Kellermann A, Azrael D, Wilt S: "A Call to Arms" for a National Reporting System on Firearm Injuries. Editorial. American Journal of Public Health 90:8:1191-1193, 2000.
9. Withers RL, Mercy JA, Hargarten SW: Public health: A successful paradigm applied to firearm injuries. WI Med Journal, Jan/Feb 2000.
10. Hargarten SW: Emporiatric Medicine--Growing into the 21st century: From patient care to population care. Editorial. J Travel Med 6(2):59, 1999.
11. Hargarten SW: Alcohol-related injuries: Do we really need more proof? Editorial; comment. Ann Emerg Med 33(6):699-701,1999.
12. Hargarten SW: Injury control research and wilderness medicine: a babe dangling in the woods. Editorial.

Wilderness & Env Med 10(1):2, 1999.

13. Hargarten SW: Alcohol-related research and advocacy: Much to do, many places to do it! Editorial. Ann Emerg Med 31(5): 638-639, 1998

14. Withers R, Hargarten SW. Real data needed on firearms and firearm safety. Editorial. Wisconsin Lawyer 71(4), 1998.

15. Hargarten SW, Olson L, Sklar D: Emergency Medicine and injury control research: Past, present, and future. Editorial. Acad Emerg Med 4(4): 243-244, 1997.

16. Hargarten SW: So, just do it... Go upstream. Acad Emerg Med 3(4): 293-294,1996.

17. Rubens AJ, Hargarten SW, Oleckno WA: Comparison between emergency department and inpatient E-codes. Letter. Acad Emerg Med 3(4): 385-386,1996.

18. Hargarten SW: Atlanto-occipital dislocation. J Emerg Med 11(6):760-761, 1993.

19. Hargarten SW: Travel related diseases: Injury and infectious disease prevention. J Wilderness Medicine 4(4): 464-465,1993.

20. Quebbeman EJ, Hargarten SW: The black talon: A new risk for percutaneous injury. Letter. J Trauma 35(3): 489, 1993.

21. Jameson SJ, Hargarten SW: Calcium pretreatment to prevent Verapamil induced hypotension in patients with SVT. Editorial. Ann Emerg Med 21(1): 68,1992.

22. Schultz CH, Hargarten SW, Babbitt J: Inhalation of a coin and a capsule from metered-dose inhalers. Letter. New Engl J Med 325(6): 431-432,1991.

23. Hargarten SW: Injuries in Wisconsin. Letter. WI Med J 89(4):158,1990.

24. Hargarten SW: Injury prevention in emergency medicine. J Emerg Med 6(3):248, i. 1988

25. Hargarten SW, Sanders AB: Injury prevention in medical school curriculums. Ann Emerg Med 15(2): 226, 1986.

**Abstracts**

1. Oswald J, Kostic M, Gummin D, Kopp B, Hargarten S. Poison Center Consultation Decreases Hospital Length of Stay and Inpatient Charges, North American Congress of Clinical Toxicology , Denver, CO, October, 2010

2. Woods LA, Kuhn EM, Nie CL, Hargarten SW. Losing Wisconsin dairy farmers to suicide. American Public Health Association 130th Annual Meeting and Exposition, Philadelphia, Pennsylvania, November 9-13, 2002.

3. Woods LA, Kuhn EM, Nie CL, Jashinsky LA, Hargarten SW. Suicide among Wisconsin farmers. American Association of Suicidology, 35th Annual Conference, Bethesda, MD, April 10-13, 2002.

4. Kuhn EM, Mercy JA, Nie CL, O'Brien ME, Withers RL, Hargarten SW: Firearm homicide in relation to location of public housing in the City of Milwaukee. American Society of Criminology, San Francisco, CA, Nov 15-18, 2000.

5. O'Brien M, Nie C, Kuhn E, Hargarten S, Withers R: Criminal history and firearm ownership of firearm homicide perpetrators. American Society of Criminology, San Francisco, Nov 15-18, 2000.

6. Hargarten SW, Kuhn EM, Nie C, O'Brien, Withers R: Analysis of firearm type, caliber, and manufacturer associated with homicides and suicides in a defined geographic region. APHA, Boston, Nov 12-16, 2000.

7. Nie CL, Kuhn EM, Mercy JA, O'Brien ME, Hargarten SW: Characteristics of firearms involved in family and intimate partner homicides: Milwaukee County, 1991-1998. National Conference on Health Care and Domestic Violence, San Francisco, Oct 13-14, 2000.

8. Milne JS, Nie CL, O'Brien M, et al: Homicide and Suicide Handguns: Two Unique Populations, Emergency Medicine Forum, Medical College of Wisconsin, Milwaukee, WI, April 18, 2000.

9. Hargarten SW, Kuhn EM, Nie CL, Withers RL, Wintemute GJ: Homicide Gun Characteristics Before and After the 1994 Crime Bill. American Public Health Association, 127th Annual Meeting, Chicago, Illinois, Nov 7-11, 1999 and American Society of Criminology Conference, Toronto, Ontario, Nov 17-20, 1999

10. O'Brien ME, Hargarten SW, Nie CL, Withers RL, Kuhn EM. Linking the gun with the death: the who, when, and where of the gun's first purchase. American Society of Criminology, Toronto, Canada, November 17-20, 1999.

11. Milne JS, Nie CL, O'Brien ME, Hargarten SW. Effect of the Bureau of Alcohol, Tobacco, and Firearm (ATF) Factoring Criteria on Homicide and Suicide Handguns. American Society of Criminology, Toronto, Canada, November 17-20, 1999.

12. Withers RL, Reza A, Hargarten SW. A Survey of State Reporting Statutes for Gunshot Wounds. American

Society of Criminology, Toronto, Canada, November 17-20, 1999.

13. Hargarten SW, Kuhn EM, Nie CL, O'Brien ME, Withers RL, Wintemute GJ. Homicide gun characteristics before and after the 1994 Crime Bill. American Public Health Association, 127th Annual Meeting, Chicago, IL, November 7-11, 1999.

14. Milne JS, Nie CL, O'Brien ME, Hargarten SW. Effect of the Bureau of Alcohol, Tobacco, and Firearm (ATF) Factoring Criteria on Homicide and Suicide Handguns. American Public Health Association, 127th Annual Meeting, Chicago, IL, November 7-11, 1999.

15. O'Brien ME, Hargarten SW, Nie CL, Withers, RL, Kuhn EM. Linking the gun with the death: The who, when, and where of the gun's first purchase. American Public Health Association, 127th Annual Meeting, Chicago, IL, November 7-11, 1999.

16. Kuhn EM, Nie CL, O'Brien ME, Withers RL, Wintemute GJ, Hargarten SW: A comparison of buyback and fatality-related guns. American Public Health Association, 127th Annual Meeting, Chicago, Illinois, Nov 7-11, 1999 and American Society of Criminology Conference, Toronto, Ontario, Nov 17-20,1999.

17. Withers RL, Reza A, Hargarten SW. A survey of state reporting statutes for gunshot wounds. American Public Health Association, 127th Annual Meeting, Chicago, IL, November 7-11, 1999.

18. Hargarten SW, Kuhn EM, Nie CL, O'Brien ME, Withers RL, Wintemute GJ. Homicide gun characteristics before and after the 1994 Crime Bill. Second Wisconsin Health Services Research Conference: Health Services Policy Practice and Research: Making Connections, Madison, WI, November 4-5, 1999.

19. Nie CL, Kuhn EM, O'Brien ME, Withers RL, Hargarten SW. Firearm homicide-suicide events in Southeastern Wisconsin. American Association of Suicidology, Houston, Texas, April 15-17, 1999.

20. Kuhn EM, Nie CL, O'Brien ME, Withers RL, Hargarten SW. Firearms used in Southeastern Wisconsin suicides. American Association of Suicidology, Houston, Texas, April 15-17, 1999.

21. Nie CL, Hargarten SW. Reducing Firearm Injuries: Health Providers and Survivors Working Together. The Fifth National HELP Network Conference, San Francisco, California, February 5-6, 1999.

22. Hargarten SW, O'Brien ME, Quebbeman EJ, Nie CL, Kuhn EM. Integrated firearm injury reporting system. Eastern Association for the Surgery of Trauma, 12th Annual Meeting, Orlando, FL, January 13-16, 1999.

23. Kuhn EM, Nie CL, O'Brien ME, Hargarten SW. Firearm-related suicides in Southeastern Wisconsin. American Public Health Association, 126th Annual Meeting, Washington, DC, November 15-19, 1998.

24. Nie CL, Kuhn EM, Hargarten SW. Urban versus rural firearm homicides and suicides in youth. American Public Health Association, 126th Annual Meeting, Washington, DC, November 15-19, 1998.

25. Hargarten SW, Kuhn EM, Nie CL, O'Brien ME, Withers RL, Wintemute GJ. Magazine capacity and number of wounds for Milwaukee County Homicides before and after the 1994 Crime Bill. American Society of Criminology, 50th Annual Meeting, Washington, DC, November 11-14, 1998.

26. O'Brien ME, Hargarten SW, Nie CL. Linking the Gun with the Death: the Who, When, and Where of the Gun's First Purchase. American Society of Criminology, 50th Annual Meeting, Washington, DC, November 11-14, 1998.

27. Nie CL, Kuhn EM, O'Brien ME, Hargarten SW. Urban versus rural firearm homicides and suicides in youth. American College of Emergency Physicians Research Forum, San Diego, California, October 11-12, 1998.

28. Nie CL, Kuhn EM, O'brien ME, Withers RL, Hargarten SW. Urban versus rural firearm homicides and suicides in youth. 12th Annual California Childhood Injury Control Conference, Sacramento, California, September 14-16, 1998.

29. Kuhn EM, Nie CL, O'Brien ME, Withers RL, Hargarten SW. Firearm-related suicides in Southeastern Wisconsin. Violence Data Exchange Team (VDET), First National Conference, Washington, DC, June 24-25, 1998.

30. Kuhn EM, Nie CL, O'Brien ME, Hargarten SW. Firearm-related suicides in Southeastern Wisconsin. Wisconsin Public Health Association, Waukesha, WI, June 4-5, 1998.

31. Wolff M, Hargarten SW, Pirrallo RG: An Analysis of a US-based Project to Strengthen Prehospital Emergency Medical Services (EMS) in Poland. Ann Emerg Med 23(4): 925, 1994.

32. Shepherd D, Hargarten SW: Alcohol Screening in the Emergency Department: Blood Versus Saliva. Ann Emerg Med 23(2): 612, 1994.

33. Robertson ME, Hodel D, et al: Minimizing hypothermia: Comparison of the effluent temperature of blood using three delivery methods and cold and pre-warmed starts. J Emerg Nursing 19(5): 468, 1993.

34. Orsay EM, Muelleman RL,Peterson TD, et al: Motorcycle helmets and spinal injuries: Dispelling the myth. Ann Emerg Med 21(5): 655, 1992.

35. Weesner CL, Apprahamian C, Hargarten SW: Fatal childhood injury patterns in an urban setting: The case for primary prevention. Ann Emerg Med 21(5): 608, 1992.

36. Bergstein JM, Robertson ME, Hedell D, et al.: Rapid resuscitation may contribute to hypothermia despite blood warmer use. Ann Emerg Med, 21(5): 597, 1992.

37. Hargarten SW, Karlson T, Oldham G: Alcohol and injuries in the ED: Patients, places, and problems. Ann Emerg Med 20(4): 477, 1991.

**Database, Video, or Other Research/Clinical Contributions**

1. Producer: Photograph Exhibit - "Portraits of the Silent Epidemic" - Head Injury in Wisconsin, 1988.