

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

May 8, 2026

**<u>VIA ECF</u>**
Honorable Christine P. O'Hearn
United States District Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

   Re: *Bergmann-Schoch et. al. v. Davenport et al.*
     Docket No. 1:25-cv-997

Dear Judge O'Hearn:

  This office represents Defendants in the above-captioned matter. Pursuant to L. Civ. R. 7.1(h) and the Court's February 20, 2026, Scheduling Order (ECF 40), Defendants seek the Court's leave to file a reply brief in support of Defendants' Motion for Summary Judgment. As the February 20 Order indicates, Defendants originally sought leave from the Court at the February 19, 2026, Status Conference, to file a reply brief on May 28, 2026. Due to an unanticipated hearing and scheduling conflicts, Defendants now seek leave to file a reply brief on June 4, 2026 instead. Defendants have conferred with Plaintiffs, who consent to this request. The parties agree on the following proposed schedule for the reply brief, including page length:

**<u>Proposed Reply Brief for State Defendants</u>**

| Event | Deadline | Page Limit |
|---|---|---|
| Defendants' Reply in Support of Defendants' Motion for Summary Judgment | Thursday, June 4, 2026 | 20 pages |

Thank you for the Court's consideration of this matter.

     Respectfully submitted,

     JENNIFER DAVENPORT
     ATTORNEY GENERAL OF NEW JERSEY
     By: /s/ Amanda I. Morejón_____
     Amanda I. Morejón





May 8, 2026
Page 2

Deputy Attorney General

cc: All counsel of record (via ECF)

Case 1:25-cv-00997-CPO-MJS    Document 45    Filed 05/08/26    Page 2 of 2 PageID: 1055