**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                   **DATE OF PROCEEDINGS:** 8/6/2026

**JUDGE CHRISTINE P. O'HEARN**
**COURT REPORTER** Meta Goddard

                                                   **DOCKET NO.** 1:25-cv-977 (CPO-MJS)

**TITLE OF CASE:**

HEIDI BERGMANN-SCHOCH, et al.
                   vs.

MATTHEW PLATKIN
*in his official capacity as the Attorney General of New Jersey, et al.*

**APPEARANCES:**
Steven Harfenist, Esquire for Plaintiffs
Stephen Stamboulieh, Esquire for Plaintiffs
Jonathan Mangel, Esquire for Defendants

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**
Status conference held via Microsoft Teams.
Plaintiffs' Motion for Summary Judgment, ECF No. 41, and Defendants' Cross-Motion for Summary
Judgment, ECF No. 43, are ADMINISTRATIVELY TERMINATED.
Defendants shall file their proposed Motion to Reopen Discovery no later than August 20, 2026.

Time Commenced:      11:20am
Time Adjourned:      11:35am
**Total Time:**          **15 Minutes**

                                                   *s/ Haley Minix*
                                                   DEPUTY CLERK