Steven J. Harfenist
Harfenist Kraut & Perlstein, LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
T: (516) 355-9600
F: (516) 355-9601
E: sharfenist@hkplaw.com
Attorneys for Plaintiffs

Oliver M. Krawczyk*
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
T: (717) 525-5822
E: oliver@amblerlawoffices.com
PA Bar No. 334423
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X

HEIDI BERGMANN-SCHOCH, COALITION OF NEW JERSEY FIREARM OWNERS, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,

Plaintiffs,

-against-

JENNIFER DAVENPORT, in her Official Capacity as the Attorney General of New Jersey, JEANNE HENGEMUHLE, in her Official Capacity as the Acting Superintendent of the New Jersey State Police, and LACHIA BRADSHAW, in her Official Capacity as the Burlington County Prosecutor,

Defendants.

---------------------------------------------------------------------X

**Civil Action No.: 25-CV-997(CPO)(MJS)**

**NOTICE OF MOTION**

**Oral Argument Requested**

**PLEASE TAKE NOTICE** that, upon the Declaration of Heidi Bergmann-Schoch dated January 29, 2025, the Memorandum of Law dated September 8, 2026, and all the pleadings and proceedings herein, Plaintiffs, Heidi Bergmann-Schoch, Coalition of New Jersey Firearm Owners, Gun Owners of America, Inc., and Gun Owners Foundation (collectively, "Plaintiffs") shall move this Court before the

Honorable Christine P. O'Hearn, on a date and time to be set by the Court, at the United States District Court, District of New Jersey, located at 4th & Cooper Streets, Camden, New Jersey 08101, for an Order, pursuant to FRCP 65, granting a preliminary injunction in Plaintiffs' favor, and for such other and further relief as to this Court may deem just and proper.

Dated: Lake Success, New York
September 8, 2026

HARFENIST KRAUT & PERLSTEIN, LLP

By: *Steven J. Harfenist*

Steven J. Harfenist
*Attorneys for Plaintiffs*
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
T: (516) 355-9600
F: (516) 355-9601
E: SHarfenist@hkplaw.com

Oliver M. Krawczyk*
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, Pennsylvania 17013
T: (717) 525-5822
E: oliver@amblerlawoffices.com
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Steven J. Harfenist, hereby certify that I have filed a true and correct copy of the foregoing document or pleading with this Court's CM/ECF system, which generated a Notice of Electronic Filing, and provided a copy of the above to all counsel of record.

Dated: September 8, 2026

*Steven J. Harfenist*
STEVEN J. HARFENIST