MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

September 14, 2026

**VIA ECF**
Hon. Christine P. O'Hearn
United States District Judge for the District of New Jersey
Mitchell H. Cohen Building & the U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

Re: *Bergmann-Schoch et. al. v. Davenport et al.*
Docket No. 1:25-cv-997

Dear Judge O'Hearn:

This office represents Defendants in the above-captioned matter. On September 8, 2026, Plaintiffs filed a motion for preliminary injunction. (ECF No. 63, 63-1, 63-2). The parties have since conferred and agreed upon a briefing schedule for that motion. The parties jointly submit the following proposed briefing schedule for the Court's consideration:

**Proposed Briefing Schedule**

| Filing | Proposed Deadline |
|---|---|
| Defendants' Opposition to Motion for Preliminary Injunction | Tuesday, October 13, 2026 |
| Plaintiffs' Reply Brief in Support of Motion for Preliminary Injunction | Tuesday, November 3, 2026 |

All parties consent to the above briefing schedule. Thank you for the Court's consideration of this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ *Jonathan B. Mangel*
Jonathan B. Mangel
Deputy Attorney General

cc: All counsel of record (via ECF)