**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**HEIDI BERGMANN-SCHOCH**, ***et al.***,

*Plaintiffs*,

v.

**MATTHEW PLATKIN**, ***et al.***,

*Defendants.*

No. 25-cv-997

**ORDER**

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court by way of Plaintiffs' Motion for Preliminary Injunction, (ECF No. 63), and Defendants' Motion to Stay Proceedings or, in the Alternative, to Reopen Discovery, (ECF No. 61). The Court heard oral argument on October 28, 2026, pursuant to Local Rule 78.1. For the reasons stated on the record,

**IT IS**, on this 28th day of October, 2026,

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction, (ECF No. 63), is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Stay Proceedings or, in the Alternative, to Reopen Discovery, (ECF No. 61), is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Defendants' request to reopen discovery is **GRANTED IN PART**. The reopening of discovery shall be limited to expert(s) to address the issue of whether hollow point ammunition is in common use for lawful purposes; and it is further

**ORDERED** that the parties shall meet and confer and agree upon a schedule for the exchange of expert reports and rebuttal reports and the completion of expert depositions. All such expert discovery shall be completed no later than January 15, 2027; and it is further

**ORDERED** that the parties shall also meet and confer as to a briefing schedule for the submission of supplemental briefs regarding the additional discovery and any arguments to address the Third Circuit's en banc decision in *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*, 183 F.4th 211 (3d Cir. 2026). Supplemental briefing shall be completed no later than February 1, 2027; and it is further

**ORDERED** that the proposed schedule for discovery and briefing shall be submitted to the Court by November 3, 2026; and it is further

**ORDERED** that Defendants' request to stay this matter is **DENIED**; and it is finally

**ORDERED** that a case management conference is set for January 7, 2027, at 10:00 am via Microsoft Teams.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**